1  COOLEY GODWARD KRONISH LLP
   ANTHONY M. STIEGLER (126414) (astiegler@cooley.com)
2  KENT M. WALKER (173700) (kmwalker@cooley.com)
   DARCIE A. TILLY (239715) (dtilly@cooley.com)
3  4401 Eastgate Mall
   San Diego, CA  92121
4  Telephone:    (858) 550-6000
   Facsimile:    (858) 550-6420
5

6  CONEXANT SYSTEMS, INC.
   SAM TALPALATSKY (171292) (sam.talpalatsky@conexant.com)
7  9868 Scranton Road MS SB404
   San Diego, CA 92121
8  Telephone:    (858) 713 3231
   Facsimile:    (858) 713 3659
9

10 Attorneys for Plaintiff
   CONEXANT SYSTEMS, INC.

**FILED**

2007 MAR 28  PM 4: 39

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ *do* ____DEPUTY

11                    UNITED STATES DISTRICT COURT

12                 SOUTHERN DISTRICT OF CALIFORNIA

13

14 | | '07 CV 0573     JAH WMc |
| CONEXANT SYSTEMS, INC., | Case No. |
| Plaintiff, | **COMPLAINT FOR DECLARATORY JUDGMENT OF NONINFRINGEMENT, UNENFORCEABILITY AND INVALIDITY OF U.S. PATENT NO. 5,153,591** |
| v. | |
| BRITISH TELECOMMUNICATIONS, PLC; BT GROUP, PLC, | **DEMAND FOR JURY TRIAL** |
| Defendants. | |

21       Plaintiff, for its complaint herein, alleges as follows:

22                          **THE PARTIES**

23       1.       Plaintiff, Conexant Systems, Inc. ("Conexant") is a corporation incorporated under

24 the laws of the State of Delaware, and has its principal place of business at 4000 MacArthur Blvd,

25 Newport Beach, California 92660.  It maintains an office and conducts business in this judicial

26 district at 9868 Scranton Road, San Diego, California 92121.

27       2.       Defendant, British Telecommunications, plc, is a corporation incorporated under

28 the laws of the United Kingdom, and has its place of business in London, United Kingdom.

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

**ORIGINAL**

-1-

3.      Defendant, BT Group, plc, (collectively with British Telecommunications, plc, "BT") is a corporation incorporated under the laws of the United Kingdom, and has its principal place of business in London, United Kingdom.  British Telecommunications, plc, is a wholly owned subsidiary of BT Group, plc.

### JURISDICTION

4.      Jurisdiction of this Court arises under the Federal Declaratory Judgments Act, U.S.C. §§ 2201 and 2202, and under the laws of the United States concerning actions relating to patents, 28 U.S.C.§ 1338(a).

### VENUE

5.      Venue is proper in this Court under 28 U.S.C. § 1391.

### BT'S WRONGFUL ACCUSATIONS OF PATENT INFRINGEMENT

6.      BT purports to own U.S. Patent No. 5,153,591 (the "'591 patent") entitled "Method and Apparatus for Encoding, Decoding and Transmitting Data in Compressed Form." Records at the Untied States Patent and Trademark Office list British Telecommunications, plc as the present assignee for the '591 patent.  A copy of the '591 patent is attached hereto as Exhibit A.

7.      On or around February 6, 2007 representatives from Conexant and BT met regarding the possibility of Conexant taking a license to the '591 patent from BT.  During the meeting the BT representatives charged Conexant with infringement of the '591 patent and all claims thereof by reason of the manufacture and offering for sale of Conexant's AC97 SoftV92 Data Fax Modem and associated Windows XP Driver software (the "Data Fax Modem"). Additionally, during the meeting the BT representatives explicitly informed Conexant that if it did not sign a license agreement by March 31, 2007 BT would initiate a patent infringement lawsuit against Conexant regarding the '591 patent.

8.      As set forth below, BT with full knowledge of the activities of Conexant has failed to assert its '591 for a period of sixteen years while Conexant invested time and money in building its business and goodwill.  As a result, BT is now guilty of laches and cannot maintain any cause of action against Conexant under the '591 patent.

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

-2-

COMPLAINT FOR DECLARATORY JUDGMENT OF
NONINFRINGEMENT AND INVALIDITY OF U.S.
PATENT NO. 5,153,591

a. On or around March 9, 1989 Rockwell International Corp. ("Rockwell"), a predecessor in interest to Conexant, wrote to BT in an effort to arrange a meeting to discuss Rockwell potentially obtaining a license to the "BT algorithm."

b. BT did not respond to Rockwell's March 9, 1989 letter until May 1994 and ultimately revoked a license offer that it had extended to Conexant, conveying the impression that BT had abandoned its allegations of patent infringement against Conexant.

c. More than eight years later, on or around March 14, 1997 BT wrote Rockwell asking whether Rockwell was interested in taking a license for the '591 patent. Thereafter, BT and Rockwell engaged in negotiations regarding a license for the '591 patent. During the negotiations Conexant's predecessor, Rockwell, argued, among other things, it was not infringing the BT patents. In late 1999, negotiations stalled and no further communications occurred between Conexant and BT until 2001.

d. On or around August 29, 2001 BT wrote Conexant to "formally withdraw" the license offer it made in late 1999.

e. On or around January 3, 2007, and after over five additional years of silence from BT regarding the '591 patent, BT wrote Conexant requesting a meeting to discuss Conexant's alleged infringement of the '591 patent.

f. Such a meeting occurred on February 6, 2007, at which BT provided to Conexant explicit written materials and patent claims analysis comparing the '591 patent to Conexant's AC97 SoftV92 Data Fax Modem and associated Windows XP Driver software, orally stated that Conexant infringed on the '591 patent and threatened patent litigation if Conexant did not sign a license agreement by March 30, 2007.

### FIRST CLAIM FOR RELIEF

### DECLARATORY JUDGMENT OF NONINFRINGEMENT OF U.S. PATENT NO. 5,153,591

9. Each of paragraphs 1-8 is incorporated by reference herein, as though fully set out herein.

10. There is a substantial controversy, between Conexant and BT, who are parties with an adverse legal interest, and the controversy is of sufficient immediacy and reality to warrant the

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

-3-

COMPLAINT FOR DECLARATORY JUDGMENT OF
NONINFRINGEMENT AND INVALIDITY OF U.S.
PATENT NO. 5,153,591

1   issuance of a declaratory judgment.

2        11.    BT has accused Conexant's Data Fax Modem of infringing the claims of the '591

3   patent.

4        12.    Conexant currently manufactures and distributes its Data Fax Modem in the

5   United States.

6        13.    On information and belief, Conexant contends that its Data Fax Modem does not

7   infringe any valid claim of the '591 patent and that the '591 patent is invalid.

8        14.    BT, with full knowledge of the activities of Conexant, has failed to assert its '591

9   for a period of sixteen years while Conexant invested time and money in building its business and

10   goodwill, and BT is now guilty of laches and cannot maintain any cause of action against

11   Conexant under the '591 patent.

12        15.    BT's allegations of patent infringement have caused, and will continue to cause,

13   damage to Conexant.

14        16.    Upon information and belief, BT is likely to continue its allegations of patent

15   infringement.

16        17.    Conexant is entitled to a declaratory judgment of non-infringement of the claims

17   of the '591 patent.

18                           **SECOND CLAIM FOR RELIEF**

19          **DECLARATORY JUDGMENT OF INVALIDITY OF U.S. PATENT NO. 5,153,591**

20        18.    Each of paragraphs 1-17 is incorporated by reference herein as though fully set

21   forth herein.

22        19.    There is a substantial controversy, between Conexant and BT, who are parties with

23   an adverse legal interest, and the controversy is of sufficient immediacy and reality to warrant the

24   issuance of a declaratory judgment.

25        20.    Conexant contends that one or more claims of the '591 patent is invalid for failure

26   to meet one or more of the conditions of patentability specified in 35 U.S.C. §§ 101, 102, 103,

27   and/or 112.

28        21.    BT contends that each claim of the '591 patent is valid and enforceable.

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

-4-

COMPLAINT FOR DECLARATORY JUDGMENT OF
NONINFRINGEMENT AND INVALIDITY OF U.S.
PATENT NO. 5,153,591

22.     Conexant is entitled to a declaratory judgment of invalidity of the claims of the '591 patent.

**DECLARATORY JUDGMENT OF UNENFORCEABILITY DUE TO LACHES OF U.S. PATENT NO. 5,153,591**

23.     Each of paragraphs 1-22 is incorporated by reference herein as though fully set forth herein.

24.     There is a substantial controversy, between Conexant and BT, who are parties with an adverse legal interest, and the controversy is of sufficient immediacy and reality to warrant the issuance of a declaratory judgment.

25.     Conexant contends that one or more claims of the '591 patent is unenforceable as to Conexant and its customers due to BT's extensive delay in asserting said patent against Conexant, and Conexant's justifiable reliance and change of position based on BT's lack of conduct and delay.

26.     BT contends that each claim of the '591 patent is valid and enforceable.

27.     Conexant is entitled to a declaratory judgment of unenforceability of the claims of the '591 patent as to Conexant and its customers.

**WHEREFORE, PLAINTIFF DEMANDS:**

1.     Entry of judgment that BT is without right or authority to threaten or to maintain suit against plaintiff or its customers or alleged infringement of Patent No. 5,153,591; that said patent is invalid, unenforceable, and void in law; and that said patent is not infringed by Conexant because of the making, selling, or using of any apparatus made or sold or used by Conexant.

2.     Entry of a preliminary injunction enjoining BT, its officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with it who receive actual notice thereof from initiating infringement litigation and from threatening plaintiff or any of its customers, dealers, agents, servants, or employees, or any prospective or present sellers, dealers, or users of Conexant's devices or apparatus, with infringement litigation or charging any

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

-5-

COMPLAINT FOR DECLARATORY JUDGMENT OF
NONINFRINGEMENT AND INVALIDITY OF U.S.
PATENT NO. 5,153,591

1   of them either verbally or in writing with infringement of Patent No. 5,153,591 because of the

2   manufacture, use, or selling or offering for sale of apparatus made by plaintiff, to be made

3   permanent following trial.

4         3.      Entry of judgment for its costs and reasonable attorney fees incurred by Conexant

5   herein.

6         4.      Such other and further relief as the Court may deem appropriate.

7

8   Dated: March 28, 2007            COOLEY GODWARD KRONISH LLP

9                          ANTHONY M. STIEGLER (126414)
                             KENT M. WALKER (173700)

10                         DARCIE A. TILLY (239715)

11

12                         By:
                         Anthony M. Stiegler (126414)

13                         E-Mail: astiegler@cooley.com

14                         Attorneys for Plaintiff
                         CONEXANT SYSTEMS, INC.

15   Dated: March 28, 2007            OF COUNSEL

16                            CONEXANT SYSTEMS, INC.
                         SAM TALPALATSKY (171292)

17

18                         ATTORNEYS FOR PLAINTIFF
                         CONEXANT SYSTEMS, INC.

19   536586 v3/SD

20

21

22

23

24

25

26

27

28

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

COMPLAINT FOR DECLARATORY JUDGMENT OF
NONINFRINGEMENT AND INVALIDITY OF U.S.
PATENT NO. 5,153,591

Exhibit A

US005153591A

# United States Patent [19]

## Clark

| [11] | Patent Number: | 5,153,591 |
|---|---|---|
| [45] | Date of Patent: | Oct. 6, 1992 |

[54] **METHOD AND APPARATUS FOR ENCODING, DECODING AND TRANSMITTING DATA IN COMPRESSED FORM**

[75] Inventor: **Alan D. Clark**, Ipswich, England

[73] Assignee: **British Telecommunications public limited company**, United Kingdom

[21] Appl. No.: **623,809**

[22] PCT Filed: **Jul. 4, 1989**

[86] PCT No.: **PCT/GB89/00752**
    § 371 Date: **Dec. 27, 1990**
    § 102(e) Date: **Dec. 27, 1990**

[87] PCT Pub. No.: **WO90/00837**
    PCT Pub. Date: **Jan. 25, 1990**

[30] **Foreign Application Priority Data**

Jul. 5, 1988 [GB] United Kingdom ................ 8815978

[51] Int. Cl.⁵ ............................................... H03M 7/38
[52] U.S. Cl. ......................................... 341/51; 341/67; 341/79
[58] Field of Search ................... 341/51, 65, 67, 79, 341/87

[56] **References Cited**

**U.S. PATENT DOCUMENTS**

| 4,464,650 | 8/1984 | Eastman et al. . | |
| 4,906,991 | 3/1990 | Fiala et al. | 341/51 |
| 4,990,910 | 2/1991 | Takishima et al. | 341/67 |
| 5,003,307 | 3/1991 | Whiting et al. | 341/51 |

**FOREIGN PATENT DOCUMENTS**

| 8127815 | 12/1984 | European Pat. Off. . |
| 0148008 | 7/1985 | European Pat. Off. . |
| WO86/00479 | 1/1986 | European Pat. Off. . |

**OTHER PUBLICATIONS**

*IBM Technical Disclosure Bulletin*, vol. 14, No. 11, Apr. 1972, Koch, "Representation of Tree Data Structures for Manipulation and Search Operation Data", pp. 3521–3522.

*IBM Technical Disclosure Bulletin*, vol. 20, No. 8, Jan. 1978, Winterbottom, "General Purpose Database Structure", pp. 3320–3323.

*IBM Technical Disclosure Bulletin*, vol. 25, No. 11B, Apr. 1983, Crus et al, "Method for Deleting Records from a Hierarchical Data Base", pp. 5886–5888.

*Primary Examiner*—Marc Hoff
*Attorney, Agent, or Firm*—Nixon & Vanderhye

[57] **ABSTRACT**

Data compression and decompression utilizing, e.g., the Ziv-Lempel algorithm is simplified by utilizing a tree structure for the dictionary in which alternative symbols at a given position in a symbol sequence (a,b,c) are linked by linking pointers R of a first type and successive symbols (ab,bc,ca,aba,abb,abc) are linked by linking pointers D of a second type. For example, the sequence ab may continue with any one of the symbols a,b, and c grouped together by R pointers in a list below the final symbol of the sequence ab. Each symbol is defined by an associated pair of D and R pointers, in conjunction with a parent pointer P which identifies its parent. Symbols having no D pointers extending therefrom are pruned from the tree and transferred to a free list as shown in FIG. 8(b).

**68 Claims, 12 Drawing Sheets**





*Fig. 1(a).*



*Fig.1(b).*



*Fig. 2(a).*



*Fig.2(b).*

*Fig.3(a).*



*Fig.3(b).*

*Fig.3(c).*



*Fig.3(d).*



*Fig.3(e).*



Case 3:07-cv-00573-WMC   Document 1   Filed 03/28/07   PageID.13   Page 12 of 41

*Fig.3(f).*





*Fig.4.*

INITIALISE VARIABLES.　(i)

MATCH LONGEST POSSIBLE SEQUENCE OF INPUT CHARACTERS WITH A STRING IN THE DICTIONARY (HAVING INDEX J).　(ii)

FURTHER ENCODE INDEX J, CORRESPONDING TO MATCHED STRING, AND TRANSMIT TO DECODER.　(iii)

SET SEARCH STRING TO THE SINGLE CHARACTER C, FOLLOWING THE MATCHED STRING.　(iv)

MARK ENTRY J AS 'NEW' AND, IF LAST STRING NOT TERMINATED EARLY, ADD LAST (C,J) TO DICTIONARY (FIGURE 7).　(V)

LAST (C,J) = C,J　(Vi)

*Fig.5.*



INITIALISE VARIABLES.                                      (i)

RECEIVE CODEWORD, AND
RECOVER ENCODED INDEX J.                                   (ii)

LOOK UP DICTIONARY ENTRY J
AND READ STRING BY
BACKTRACKING UP TREE.                                      (iii)

REVERSE ORDER OF STRING AND
OUTPUT, INITIAL CHARACTER
OF REVERSED STRING IS C.                                   (iv)

MARK ENTRY LAST INDEX AS 'NEW' AND,
IF J WAS NOT A CONTROL SYMBOL,
ADD (LAST INDEX, C)                                        (V)
TO DICTIONARY.

LAST INDEX = J                                             (Vi)

Case 3:07-cv-00573-WMC   Document 1   Filed 03/28/07   PageID.16   Page 15 of 41

## Fig.6.



New entry                              existing entry



*Fig.7.*

Case 3:07-cv-00573-WMC Document 1 Filed 03/28/07 PageID.18 Page 17 of 41

*Fig.8(a).*



*Fig.8(b).*





Fig.9.

*Fig.10.*



*Fig.11.*



*Fig.12.*



## Fig.13.

| INDEX | CHARACTER | D | R | P | OPTIONS | |
|---|---|---|---|---|---|---|
| | | | | | LFU POINTER | LENGTH INDEX |
| 0<br>1<br>2<br>3<br>─<br>─<br>N-1<br>N<br>N+1 | BASIC SOURCE SYMBOL SET | | | | **OR**<br>FREQUENCY COUNT | |
| | CONTROL SYMBOLS | | | | | |
| N+M-1<br>N+M | | | | | | |
| END | STRINGS | | | | | |

5,153,591

1

## METHOD AND APPARATUS FOR ENCODING, DECODING AND TRANSMITTING DATA IN COMPRESSED FORM

### FIELD OF THE INVENTION

The present invention relates to methods and apparatus for compressing data, methods and apparatus for decoding the compressed data, a method of transmitting data and data processing apparatus utilising compressed data. The above methods and apparatus all utilise an adaptive string encoding technique which involves a dictionary having a search tree and means for maintaining this search tree. The invention is applicable particularly but not exclusively to adaptive string encoding utilising the Ziv-Lempel algorithm. The basic form of this algorithm is described in IEEE Transactions IT-23, May 3rd 1977 pp337–343 "A Universal Algorithm for Sequential Data Compression"—J. Ziv and A. Lempel.

### BACKGROUND OF THE INVENTION

The basic Ziv-Lempel encoder has a dictionary, in which each entry has an associated index number. Initially the dictionary contains only the basic alphabet of the source. During the encoding process, new dictionary entries are formed by appending single symbols to existing entries. The dictionary may be considered to be in the form of a search tree of connected symbols of the source alphabet. Nodes in the tree correspond to specific sequences of symbols which begin at the root of the tree and the data is compressed by recognising strings of symbols in the uncompressed input data which correspond to nodes in the tree, and transmitting the index of the memory location corresponding to the matched node. A corresponding search tree is provided in the decoder which receives the index representing the compressed data and the reverse process is performed by the decoder to recover the compressed data in its original form. The search tree of the encoder gradually grows during the encoding process as further strings of symbols are identified in the input data and in order to enable the decoder to decode the compressed data, its search tree must be updated to correspond with the search tree of the encoder.

The Ziv-Lempel algorithm has been found difficult to implement in practice, since it requires an indefinitely large memory to store the search tree in its basic form. The use of data structures such as the "trie" structure disclosed by Sussenguth (ACM Sort Symposium 1962) can however greatly improve the storage efficiency and search time associated with text strings. EPA127,815 (Miller and Wegman) and EPA129439 (Welch) disclose similar implementations of the Ziv-Lempel algorithm based on the use of a trie structure.

In EPA127,815 (Miller and Wegman) improvements are described to the Ziv-Lempel algorithm which enhance the memory efficiency and speed up the encoding process. The dictionary is held in the form of a tree, with each node containing a single character and a pointer to the parent node which represents the prefix string. A hash table is used to determine, given a matched sub-string and the next input character, whether the extended sub-string is in the dictionary. However, the hash table requires a significant amount of memory and processing time in addition to that needed for the storage of the basic tree structure used to encode the dictionary.

2

EPA129,439 (Welch) discloses a high speed data compression and decompression apparatus and method in which strings of symbols in the input message are recognised and stored. Strings are entered into a string table and are searched for in the string table by means of a hashing function which utilises a hash key comprising a prior code signal and an extension character to provide a set of N hash table addresses where N is typically 1 to 4. The N RAM locations are sequentially searched and if the item is not in the N locations, it is considered not to be in the table. This procedure is stated to reduce compression efficiency but to simplify substantially the implementation.

U.S. Pat. No. 4,612,532 (Bacon et al) discloses a system, not based on the Ziv-Lempel algorithm, for the dynamic encoding of a stream of characters in which each character is associated with a "follow set" table of characters which usually follow it, in order of the frequency with which they occur. These tables are of a pre-determined length and therefore the degree of branching of the tree is inevitably restricted.

U.S. Pat. No. 4,464,650 (Eastman et al) discloses a method based on the Ziv-Lempel algorithm of compressing input data comprising feeding successive symbols of the data into a processor provided with a memory, generating from strings of symbols in the input data a dictionary in the form of a search tree of symbols in the memory which has paths representative of said strings, matching symbol strings in the input data with previously stored paths in the search tree and generating from the stored paths compressed output data corresponding to the input data. However the data structure utilised for the circuitry is highly complex and furthermore a hashing function is required.

A particular problem inherent in the implementation of an encoder of the type described occurs when the search tree grows to the limit of the memory space available. It is necessary to reduce the size of (i.e. "prune") the search tree in order to recover memory space for the storage of new strings. A number of well known methods exist for performing this type of function, which are reviewed in Computer Architecture and Parallel Processing (Hwang and Briggs, McGraw Hill 1985). The commonly used techniques are LRU—Least Recently Used, applied to the Ziv Lempel algorithm by Miller and Wegman (EPA127815), LFU—Least Frequently Used, applied to a similar string encoding algorithm by Mayne and James (Information Compression by Factorising Common strings, Computer Journal, 18,2 pp 157–160, 1975), FIFO—First In First Out, LIFO—Last In First Out, the CLOCK algorithm, and Random replacement, the last four techniques cited have not been applied to the Ziv Lempel algorithm. In addition, it is known to reset the search tree back to the initial state which bears a penalty in terms of compression performance, and also to cease adding new strings when the memory capacity is exhausted which will give poor performance if the characteristics of the data change.

### SUMMARY OF THE INVENTION

An object of the present invention is to provide an improvement with regard to these prior art techniques. Accordingly in one aspect the invention provides a method of compressing input data comprising reading successive symbols of the data with a processor provided with a memory having indexed memory locations, generating from strings of symbols in the input

5,153,591

| 3 | 4 |

data a dictionary in the form of a search tree of symbols in the memory, which search tree has paths representative of said strings, matching symbol strings in the input data with previously stored paths in the search tree and generating from the stored paths compressed output data corresponding to the input data, stored symbols in the search tree being linked to form said paths by linking pointers of two distinct types; a pointer of the first type between stored symbols indicating that those stored symbols are alternative possible symbols at a given position in an input symbol sequence and a pointer of the second type between stored symbols indicating that those stored symbols both occur, in order, in a possible input symbol sequence: characterised in that when the memory is full, sequential indexed memory locations of the search tree are tested and deleted if they contain a node of the search tree which does not have a linking pointer of the second type pointing to another node and the resulting freed memory locations are made available for new dictionary entries.

In the abovementioned one aspect, the testing and deletions of indexed memory locations of the search tree corresponds to the deletion of some or all of those strings represented by the tree that do not form prefixes of other strings. This feature enables highly complex search trees to be stored in memories of limited size and provides a useful simplification in comparison with the arrangements of U.S. Pat. No. 4,464,650 (Eastman et al) and EPA 127,815 (Miller and Wegman).

U.S. Pat. No. 4,464,650 also discloses a corresponding method of decoding compressed data comprising feeding successive symbols of the data into a processor provided with a memory, storing in the memory a dictionary in the form of a search tree of symbols, and utilising the search tree to translate the compressed data to decoded data.

In another aspect, the invention provides a method of decoding compressed data which has been compressed by a method in accordance with the abovementioned one aspect of the present invention, comprising reading successive characters of the compressed data with a processor provided with a memory, storing in the memory a dictionary in the form of a search tree of symbols which is built up from the compressed data, and utilising the search tree to translate the compressed data to decoded data, stored symbols in the search tree being linked by linking pointers of two distinct types; a pointer of the first type between stored symbols indicating that those symbols are associated with different decoded strings of symbols having the same number of symbols and the same prefix and are the respective last symbols of such different strings and a pointer of the second type between stored symbols indicating that those symbols are successive symbols in a string of decoded output symbols: characterised in that when the memory is full, sequential indexed memory locations of the search tree are tested and deleted if they contain a node of the search tree which does not have a linking pointer of the second type pointing to another node and the resulting freed memory locations are made available for new dictionary entries.

U.S. Pat. No. 4,464,650 also discloses an encoder for compressing input data comprising a processor capable of receiving successive symbols of input data, a memory, means for storing in the memory a search tree of symbols which has paths representative of strings of symbols in the input data, and means for matching symbol strings in the input data with previously stored paths

in the search tree and for generating from the stored paths compressed output data corresponding to the input data.

In another aspect the invention provides an encoder for compressing input data comprising a processor capable of receiving successive symbols of input data, a memory having indexed memory locations, means for storing in the memory a search tree of symbols which has paths representative of strings of symbols in the input data, and means for matching symbol strings in the input data with previously stored paths in the search tree and for generating from the stored paths compressed output data corresponding to the input data, stored symbols in the search tree being linked to form said paths by linking pointers of two distinct types; a pointer of the first type between stored symbols indicating that those stored symbols are alternative possible symbols at a given position in an input symbol sequence and a pointer of the second type between stored symbols indicating that those stored symbols both occur, in order, in a possible input symbol sequence: characterised in that, in use, the processor is arranged to determine when the memory is full, to test sequential indexed memory locations of the search tree, to delete a memory location if it contains a node of the search tree which does not have a linking pointer of the second type pointing to another node and to make the resulting freed memory locations available for new dictionary entries.

U.S. Pat. No. 4,464,650 also discloses a decoder for decoding compressed data comprising a processor capable of receiving successive symbols of compressed data, a memory and means for storing in the memory a dictionary in the form of a search tree of symbols, the processor being arranged to utilise the search tree to translate the compressed data to decoded data.

In another aspect, the invention provides a decoder for decoding compressed data comprising a processor capable of receiving successive symbols of compressed data, a memory having indexed memory locations and means for storing in the memory a dictionary in the form of a search tree of symbols, the processor being arranged to build up the search tree from the compressed data and to utilise the search tree to translate the compressed data to decoded data, stored symbols in the search tree being linked by linking pointers of two distinct types; a pointer of the first type between stored symbols indicating that those symbols are associated with different decoded strings of symbols having the same number of symbols and are the respective last symbols of such different strings and a pointer of the second type between stored symbols indicating that those symbols are successive symbols in a string of decoded output symbols: characterised in that, in use, the processor is arranged to determine when the memory is full, to test sequential indexed memory locations of the search tree, to delete a memory location if it contains a node of the search tree which does not have a linking pointer of the second type pointing to another node and to make the resulting freed memory locations available for new dictionary entries.

Further preferred features of the invention are claimed in the dependent claims.

A further preferred feature which may be utilised in the present invention is described by Welch in the article "A Technique for High-Performance Data Compression" in Computer—June 1984 pp8–19. This article is incorporated herein by reference and describes a method of improving the initial performance of the

5,153,591

| 5 | 6 |

Ziv-Lempel algorithm. Initially, the dictionary is almost empty and a small number of bits suffice to encode the symbol strings of the input data. As the dictionary grows, the code word size is increased up to a predetermined maximum. This improves performance during the first ten to 20 thousand symbols encoded, but at the cost of increased complexity.

## BRIEF DESCRIPTION OF THE INVENTION

Embodiments of the invention are described below by way of example only with reference to FIGS. 1 to 13 of the accompanying drawings, of which:

FIG. 1a shows one possible search tree structure for use in the invention;

FIG. 1b shows a list of free memory locations associated with the search tree structure of FIG. 1a.

FIG. 2a shows another, preferred structure of a search tree for use in the invention;

FIG. 2b shows a list of free memory locations associated with the search tree structure of FIG. 2a.

FIGS. 3a to 3f show sequential stages in the evolution of a search tree during a data compression process in accordance with the invention;

FIG. 4 is a general flow diagram of an encoding algorithm which is utilised in the invention;

FIG. 5 is a general flow diagram of a decoding algorithm which is utilised in the present invention;

FIG. 6 is a diagram showing the insertion of a "leaf" of a search tree in a data compression process in accordance with the invention;

FIG. 7 is a flow diagram showing an algorithm for updating the dictionary of the present invention;

FIG. 8a shows the state of the search tree of FIG. 3f following a pruning process.

FIG. 8b shows the resulting search tree and its associated list of four symbols.

FIG. 9 is a flow diagram of an algorithm for pruning the dictionary of the invention;

FIG. 10 is a schematic diagram of a data processing system utilising an encoder in accordance with the present invention;

FIG. 11 is a schematic diagram of a data processing system utilising a decoder in accordance with the present invention;

FIG. 12 is a schematic diagram of part of a communications system incorporating an encoder and decoder in accordance with the present invention, and

FIG. 13 is a diagram showing the arrangement of the indexed memory locations of the memory.

## DETAILED DESCRIPTION OF THE DRAWINGS

Referring to FIG. 1a, the simplified search tree shown comprises a symbol S1 which may be followed by any one of three different symbols S2, S3 and S4. As an example, symbols S1 to S4 have been assigned the values 'c', 'a', 'e' and 'h' respectively, and the tree thus represents the four strings 'c', 'ca', 'ce' and 'ch'. Accordingly symbol S1 is linked to symbol S2 by a linking pointer "of the second type" as referred to herein above, namely a down pointer D. Since symbols S2, S3 and S4 are different possible symbols which may occur in a string in the input data after S1, they are linked by pointers "of the first type" as referred to herein above, namely right hand pointers R and left hand pointers L. Note that similar technology is used in the representation of binary trees (refer to, for example, "The Art of Computer Programming", Volume 1 and 3, by D.

Knuth); this data structure is however being used to represent an m-ary search tree.

It is possible to search through the search tree from symbol S1 to any of symbols S2, S3 and S4 by using the linking pointers D and R and to search to the left of symbol S4 by following the left hand pointers L. In FIG. 1(b) two symbol locations are shown linked by a pointer and these constitute a list of free memory locations. This list is separate from the search tree but memory locations may be transferred between the free list and the search tree, the total memory capacity for symbols of the input data consisting of the memory locations in the search tree and the memory locations in the free list. In order to identify any of these symbols S1 to S4 it is necessary to know the "parent" of that symbol, namely the symbol connected to the immediately preceding down pointer D. This is indicated in each case by a parent indicator P for example, if the letter 'c' was stored as symbol S1, it would be the parent of S2, S3 and S4 and their parent indicators P would indicate the memory location of 'c'. In the embodiment of FIG. 1a , the parent indicators P are required in the search tree of the decoder only, and not in the search tree of the encoder. Otherwise the search trees of the encoder and decoder are identical.

The nodes within the search tree of which node S is a parent will be termed dependent nodes of S, or dependants of S. A dependent node of S represents a string constructed by appending a single character to the string represented by S. There can be as many dependent nodes of some node as exist symbols in the source alphabet.

FIG. 2 shows a more preferred variant in which the left hand pointers L are dispensed with and the parent indicators P occur in the search tree of both the encoder and the decoder. Otherwise the search tree structure is identical to that shown in FIG. 1. Again a free list of symbol locations is maintained in the memory as shown in FIG. 2(b).

The dictionary or search tree will normally be initialised to include only the basic set of source symbols, subsequent entries or nodes representing strings of two or more symbols in length. In many practical applications it is desirable to provide additional symbols outside the normal source alphabet. These may represent for example a means for encoding repeated occurrences of a character (run length encoding) or indicating abnormal termination of the string matching process. (see FIG. 13).

The encoding of the sequence abcababcabc is described below with reference to FIG. 3 which shows the evolution of the search tree during the encoding process and also table I which shows the actual contents of the dictionary which represent the search tree shown in FIG. 3. As is shown below, the search tree is expanded by setting the pointers D R and P of dictionary entries 1 to M, the maximum permitted by the memory available.

TABLE I(a)

| Index | Symbol | D | R | P | String Represented |
|-------|--------|---|-----|---|-------------------|
| 1 | a | | (2) | | a |
| 2 | b | | (3) | | b |
| 3 | c | | | | c |

As shown in Table I(a) and FIG. 3(a) the dictionary initially contains only symbols a, b and c which are

5,153,591

7

stored in dictionary entries **1**, **2**, and **3** respectively. They may be stored in a predetermined order and accordingly dictionary entry **1** is linked to dictionary entry **2** by a right hand linking pointer **2** which is located at dictionary entry **1** and dictionary entry **2** is linked to dictionary entry **3** by a right hand linking pointer **3** which is stored in dictionary entry **2**. A preferred method is to equate the ordinal value of each symbol to its position in the table. Thus the set of N symbols would be assigned ordinal values in the range 0 to N−1 or 1 to N. This assignment may involve simply regarding the binary pattern representing the symbol as a number. These contents of the memory imply a structure as shown in FIG. 3(a).

In many applications only some of the possible symbols occur, in which case the first of these structures would be preferable. In those applications in which most of the possible symbols occur, the second method will reduce the initial character search time, accordingly the second method will be assumed below.

The first symbol of the sequence is input to the encoder, in this example 'a'. As the symbol represents the first character in a string the encoder uses the ordinal value of the character, in this example 1, to access directly the node within the search tree corresponding to the character. This node forms the root of a tree representing all strings known to the encoder that begin with the character.

The next symbol of the sequence is accepted by the encoder, and the D pointer of the current node used to locate the list of dependent nodes. The encoder would in general attempt to match the next symbol to one of those contained in the dependent nodes. If the attempt fails, as in this instance because node **1** does not yet have any dependants, a codeword representing the index of the current node/dictionary entry is transmitted, in this example some representation of the numeral 1. The unmatched symbol will be used to form the start of a new string.

The encoder is now able to add the string 'ab' to its search tree, in order that the string may be more efficiently encoded when encountered again. This is accomplished by creating a new node (entry) numbered 4 in this example, in the search tree (dictionary). The node contains the character, 'b', a D pointer to dependent nodes, initially set to null, an R pointer to other nodes in the list of dependents of the node's parent, in this instance set to null, and a pointer to the parent, set in this example to 1, as shown in Table I(b) and FIG. 3(b).

**TABLE I(b)**

| Index | Symbol | D | R | P | String Represented |
|-------|--------|---|---|---|--------------------|
| 1 | a | 4 | | | a |
| 2 | b | | | | b |
| 3 | c | | | | c |
| 4 | b | | | 1 | ab |

The process is repeated, with 'b' used as the first character of a new string. The next symbol of the sequence is 'c' hence the encoder will attempt, using the process outlined above, to find the string 'bc' in the tree. This sequence is not yet known to the encoder, hence the index of the node representing the string 'b' will be communicated to the decoder, and the string 'bc' added to the search tree. The character 'c' is used to form the start of a new string. The updated dictionary is shown

8

in Table I(c) and the corresponding search tree in FIG. 3(c).

**TABLE I(c)**

| Index | Symbol | D | R | P | String Represented |
|-------|--------|---|---|---|--------------------|
| 1 | a | 4 | | | a |
| 2 | b | 5 | | | b |
| 3 | c | | | | c |
| 4 | b | | | 1 | ab |
| 5 | c | | | 2 | bc |

The next symbol 'a' is now read, being in this instance the fourth symbol in the sequence, and appended to the search string. The encoder now attempts to locate the string 'ca' in its dictionary. As this string is not yet present, the index of the dictionary entry corresponding to 'c' will be communicated to the decoder and the string 'ca', which may also be considered as an index-/character pair (3, 'a') added to its dictionary (search tree). This produces the dictionary shown in Table I(d) and search tree shown in FIG. 3(d). The unmatched character 'a' is used to start a new search string.

**TABLE I(d)**

| Index | Symbol | D | R | P | String Represented |
|-------|--------|---|---|---|--------------------|
| 1 | a | 4 | | | a |
| 2 | b | 5 | | | b |
| 3 | c | 6 | | | c |
| 4 | b | | | 1 | ab |
| 5 | c | | | 2 | bc |
| 6 | a | | | 3 | ca |

The next symbol 'b' is now read and appended to the search string, forming the string 'ab'. The D pointer corresponding to 'a' is used to locate the list of 'a''s dependants; this pointer has the value 4 in this example. The encoder now searches for the last character in the search string amongst the list of dependants, using the R pointer. In this example the first dictionary entry examined, with index 4, contains the character 'b' and hence the encoder has matched the search string with a dictionary entry.

The next symbol 'a', being the sixth character in the input sequence, is read by the encoder and appended to the search string forming the string 'aba'. The encoder uses the D pointer of the last matched dictionary entry, numbered 4 in this example, to locate the list of dependants of the string 'ab'. As yet no dependants are known to the dictionary, hence the new string 'aba' or (4, 'a') is added to the dictionary, as shown in Table I(e) and FIG. 3(e). The index 4 is communicated to the decoder, and the unmatched character 'a' used to start a new search string.

**TABLE I(e)**

| Index | Symbol | D | R | P | String Represented |
|-------|--------|---|---|---|--------------------|
| 1 | a | 4 | | | a |
| 2 | b | 5 | | | b |
| 3 | c | 6 | | | c |
| 4 | b | 7 | | 1 | ab |
| 5 | c | | | 2 | bc |
| 6 | a | | | 3 | ca |
| 7 | a | | | 4 | aba |

This corresponds to FIG. 3(e).

The encoder reads the next symbol and appends it to the search string, forming the new search string 'ab'. The encoder searches in the dictionary for this string,

5,153,591

**9**

using the procedures outlined above, and matches it with dictionary entry 4. The next symbol 'c' is read and appended to the search string, forming 'abc'. The encoder attempts to locate this string, by searching through the dependant list of 'ab', but fails to find 'abc'. The index for 'ab', namely 4, is communicated to the decoder, and the new string (4, 'c') added to the dictionary as entry number 8, as shown in Table I(f) and FIG. 3(f).

TABLE I(f)

| Index | Symbol | D | R | P | String Represented |
|-------|--------|---|---|---|--------------------|
| 1 | a | 4 | | | a |
| 2 | b | 5 | | | b |
| 3 | c | 6 | | | c |
| 4 | b | 7 | | 1 | ab |
| 5 | c | | | 2 | bc |
| 6 | a | | | 3 | ca |
| 7 | a | | 8 | 4 | aba |
| 8 | c | | | 4 | abc |

During the next string encoding cycle the encoder would match the string 'ca' with entry 6 in the dictionary, and transmit 6 to the decoder, and add 'cab' or (6, 'b') to the dictionary. During the following cycle, the encoder would match the string 'bc' with entry 5 in the dictionary, and add (5, x) to the dictionary, where x is the character following the last in the sequence shown.

The sequence 'abcababcabc' would thus have been encoded using the list of index values 1234465, which provides a small degree of compression. If however the same sequence were encountered again by the encoder it would be encoded as 'abc' (dictionary entry 8), 'aba' (dictionary entry 7), 'bc' (dictionary entry 5), and 'abc' (dictionary entry 8), resulting in the transmitted sequence 8758. If the sequence of symbols occurred at least twelve times the encoder may represent it by a single index value, thereby obtaining a high degree of compression.

The encoding algorithm is illustrated more formally in FIG. 4. In step i the variables are initialised and then, repeatedly, the longest possible sequence of characters in the input message is mapped onto a string of the search tree in step ii, for example the sequence bc at the end of the input message is mapped onto the string bc in FIG. 3(f). In step iii the index of the terminal node corresponding to the matched string (e.g. bc) or some further encoded representation thereof, is sent, and the search string set to the following character of the input message (step iv).

The process of string matching would normally be terminated when the string with the next character appended is not in the dictionary. There are however other instances in which string matching may be terminated exceptionally, for example if no character is received from the source within some specified time interval from the last character, or if the string length reaches some maximum beyond which a buffer limit may be exceeded, or if some specified time interval has occurred since the encoder began encoding the string. In the second of these examples the decoder could deduce that exceptional termination had occurred. In the first and third examples it is necessary for the encoder to transmit an indication, following transmission of the index representing the terminated string; this indication may be an additional control symbol outside the ordinal value range of the source alphabet, and would be encoded as a single codeword.

**10**

The index of the matched string and the next unmatched character must be added to the dictionary. If however, they are immediately added to the dictionary, the encoder could start using the new entry before the decoder has received sufficient information to construct an equivalent dictionary entry. Thus the previous index-/character pair are added to the dictionary (v) and the present index/character pair stored (vi). If the dictionary is full it may be processed to recover some storage space. The process of adding a new dictionary entry and recovering space are further described below. In order that the dictionary entry referenced by the stored index/character pair is not deleted before being used in the updating process, the dictionary entry is marked as 'new' using the procedure further described below.

FIG. 5 shows the corresponding decoding algorithm. The variables are initialised in step i. A received codeword is initially decoded in step ii to recover the transmitted index, J, representing the encoded string. The value of J allows the decoder to access directly the dictionary entry corresponding to the encoded string. The tree is then re-traced from entry J back to the root of the string, and the string is read out in step iii. For example if the value 8 were received by a decoder having the search tree of FIG. 3(f) it would find the symbol c at the "leaf" of the tree at dictionary entry 8 and would re-trace the P pointers 7 and 4 to the root a and would therefore read out the sequence cba. This sequence is then reversed in the subsequent step iv to regenerate the original sequence abc and the decoder algorithm then proceeds to update the dictionary provided it is not inhibited by a control character in step v.

An example of updating the search tree is shown in FIG. 6 and the corresponding memory contents are shown in Table II.

TABLE II

| Index | Character | D | R | P | New Entry | String Represented |
|-------|-----------|---|---|---|-----------|--------------------|
| 1 | a | 4 | | | 0 | a |
| 2 | b | 5 | | | 0 | b |
| 3 | c | 6 | | | 0 | c |
| 4 | b | 7 | | 1 | 0 | ab |
| 5 | c | | | 2 | 0 | bc |
| 6 | a | | | 3 | 0 | ca |
| 7 | a | | n | 4 | 0 | aba |
| 8 | c | | | 4 | 0 | abc |
| n | b | | 8 | 4 | 1 | abb |

It will be seen that Table II corresponds to Table I(f) but with the addition of the sequence abb at dictionary entry n. In order to insert this sequence in the search tree, the link between nodes 7 and 8 is broken, and the new node connected between these, as shown in Table II and FIG. 6. The new right hand linking pointers R having the values n and 8 are shown underlined in FIG. 6, together with the new symbol b (also underlined). The change to the search tree illustrated conceptually in FIG. 6 is actually performed by changing the value of the R pointer at dictionary entry 7 in Table II from 8 to n and by inserting new R and P pointers 8 and 4 at dictionary entry n.

The updating algorithm is shown formally in the flow diagram of FIG. 7. This applies to both the encoder and decoder. Firstly, it is determined whether the dictionary is full in step i. If the dictionary is full, the search tree must be pruned and this procedure is described below with reference to FIG. 9. However, assuming that this is not the case, a blank memory slot is obtained

5,153,591

11

from the free list (shown in FIG. 2(b)) in step ii. The new symbol (b in the case of Table II) is then written into the memory slot (n in the case of Table II) and the necessary pointers (R at dictionary entry 7 in the case of Table II) are re-set in step iii. In step iv the parent node of the new entry is examined to see if it has any existing dependants. If there are existing dependants, then in step v the new entry is inserted into the dependant list as in the example above. If there are no existing dependants, then in step vi the new entry is connected to the parent node, setting the D pointer of the parent to the memory reference of the new entry, and the P pointer of the new entry to the memory reference of the parent node.

Referring first to FIG. 8, FIG. 8(a) shows the state of the search tree following the updating procedure illustrated in Table II and FIG. 6. Those symbols of the search tree which do not have D linking pointers extending downwardly from (and which therefore occur at the end of matched symbol sequences) are considered to be unlikely to be useful if the search tree is not growing at those points. Such "dead leaves" of the search tree are illustrated in FIG. 8(a) in dashed lines and the new entry b which was added in the updating procedure illustrated in FIG. 6 is marked as such in order to indicate that it is a "new leaf" from which further growth of the search tree might be expected.

Accordingly it is protected from pruning. It is envisaged that other leaves of the tree which were added in previous recent iterations might also be protected.

The symbols of the search tree shown in dashed lines in FIG. 8(a) are pruned, resulting in the new search tree of FIG. 8(b) and a free list of four pruned symbols. The new entry b is preserved. For the sake of clarity, the actual symbol sequences corresponding to the various symbols of the search tree are indicated in FIG. 8b and it will be seen that the symbol sequences bc, ca, aba, and abc have been deleted whereas the symbol sequence abb which was added in the updating procedure of FIG. 6 has been preserved.

The pruning procedure is shown formally in FIG. 9. In step i it is checked whether the dictionary is full and ready to prune, and if so the pointer of the memory is set to the dictionary entry following the beginning of the string, namely entry 4 corresponding to symbol b Table II and FIG. 8(a). In step iii it is determined whether this entry has a down pointer extending therefrom and in the case of FIG. 8(a) it will be seen that symbol b has the down pointer 7. Accordingly this entry is not an end node and the algorithm proceeds to advance the pointer to the next entry in step vi (which also clears any new flag) and hence via step vii to the next entry, namely symbol a of the sequence aba which is an end node. Accordingly the algorithm then checks whether this is protected against pruning by a new entry flag and since it is not it deletes the entry in step v, adds the corresponding memory location to the free list and re-sets the pointers. The re-setting of the pointers can easily be deduced from FIG. 8 by analogy with Table II and FIG. 6.

This procedure eventually results in the deletion of all "end nodes" (i.e. those having no down pointers D extending from them to other symbols) other than those protected by a new entry flag. This completes the updating of the dictionary and the algorithm can then proceed to step vi of FIG. 4 in the case of the encoding algorithm and step ii of FIG. 5 in the case of the decoding algorithm. It is emphasised that the updating and

12

pruning of the dictionary takes place identically in the search tree of both the encoder and decoder. Whereas this pruning procedure tests all memory locations of the dictionary in a single procedure, pruning may be done in stages which can be determined in a number of ways, e.g. number of memory locations per stage, number of freed memory locations per stage.

As an additional procedure, which may improve the performance of the compression algorithm at the expense of increased memory and processing requirement, the codewords output from the encoder may be assigned lengths which depend in some manner on the frequency with which they are used. Two methods are described below for accomplishing this, which would apply to the element shown in FIG. 4 (iii) which generates codewords representing the dictionary index to be transmitted.

The first method relies on the well known prior art described in "A Method for the Construction of Minimum Redundancy Codes" by D A Huffman, Proc IRE Vol 40,9, 1952 and in "A Mathematical Theory of Communication" by C E Shannon, Bell Systems Technical Journal, Vol 27, 1948, and in "An Introduction to Arithmetic Coding" by G Langdon, IBM Journal of Research and Development, Vol 28,2, 1984. A frequency count is associated with each dictionary entry, and is incremented each time the entry is used. This frequency is used to compute the probability of occurence of the string represented by the dictionary entry, and the codeword assigned according to the procedures defined in the prior art. The codeword length Ls associated with a string of probability Ps is

$$-\log_2(Ps) < Ls < 1 - \log_2(Ps)$$

The second method would in general be less effective than the first method, but is simpler to implement. An additional U pointer is associated with each dictionary entry, and is used to form a linked (least frequently used) LFU list of dictionary entries, not related to the structure of the search tree. This list is used to determine in an approximate fashion, the frequency order of the strings. Also associated with each dictionary entry is a length index.

When a dictionary entry is used it is moved up the LFU list, by using the U pointer to locate the dictionary entry above the current entry, and exchanging the U pointers and length indices of the two entries. Thus more frequently used entries will move towards the start of the LFU list. The length index will be associated with the order of elements in the list, i.e. the most frequently used dictionary entry will have a length index of 1. A code may be generated on a fixed or dynamic basis, and codewords assigned on the basis of length index, shorter codewords being assigned to dictionary entries with a low length index. This second method would be suitable for application to the compression algorithm described by Miller and Wegman in EPA 127 815, as they provide a similar list; it would be necessary to add a length index to their data structure however.

Instead of using the U pointer to exchange the currently used dictionary entry with the entry immediately above it in the linked list, an alternative procedure would be to move the currently used dictionary entry to the top position in the linked list, the entry previously in the top position being moved to the second position and so on. The linked list is now approximately representative of a Least Recently Used function whereby entries

5,153,591

**13**

that have not been used for some time will be pushed down to the bottom of the list, and frequently used entries will reside in the top portion of the list.

As an additional procedure which may improve the performance of the encoder at the expense of additional initialisation time, the dictionary may initially contain certain strings known to occur regularly, for example 'th', 'tha', 'the', 'Th', 'The', . . .

As an additional procedure which is possible if the memory in which the dictionary is stored is capable of retaining information between the transmission of subsequent messages, as is commonly the case when a mass storage device is present or when the memory is non-volatile, the dictionary may initially contain the set of strings learnt during encoding/decoding of the previous message. As an example, a communication device may call a second communications device, which it may have previously communicated with. The respective encoder and decoder pairs may compare their dictionaries by generating some simple checksum, according to principles well known, and comparing said checksums. If the dictionaries are not equivalent they may be reset to some known initial state.

As an additional procedure which will improve the reliability of the algorithm in the presence of errors on the link between encoder and decoder, although these would normally be infrequent due to the common use of error detection procedures such as Automatic Repeat Request, the decoder may regard received codewords corresponding to empty or full dictionary entries as indication of error and request the encoder to reset or reinitialise its dictionary. Alternatively, a checksum may be calculated by the encoder and communicated to the decoder; the decoder calculating an equivalent function and comparing it to the received checksum.

FIG. 10 shows a data processing arrangement for converting uncompressed stored data which is stored in a mass storage device 1 (e.g. a disc store) into corresponding compressed data, thereby releasing memory from the mass storage device. An encoder 2 incorporating a microprocessor $\mu P$ is provided with a memory 3 in which is stored and generated a search tree by means of an algorithm as described above. A delay circuit 4 ensures that the dictionary is updated before a new symbol is received from the mass storage device.

FIG. 11 shows a decoder arrangement for converting compressed data in the mass storage device 1 to uncompressed data and comprises a decoder 5 provided with a memory 3 in which a search tree is maintained and updated in accordance with the algorithms described above.

FIG. 12 shows a terminal 6 provided with a terminal interface 7 which is arranged to transmit and receive data along a communications link by means of an encoder 2 provided with a memory 3 and delay device 4 and a decoder 5 provided with a memory 3. A dictionary is maintained in memory 3 of the encoder and decoder by means of the algorithms described above. The arrangement shown in FIG. 12 can communicate with a corresponding arrangement connected to the other end of the communication link (not shown).

In designing source encoders, it is usually assumed that the input to the encoder consists of discrete symbols from the source alphabet, and hence that the symbol size is known. Many modern communication systems employ synchronous transmission, in which data is

**14**

treated as a continuous bit stream rather than individual characters.

When designing a source encoder for a synchronous source which outputs non-binary symbols in binary form, several approaches may be taken. If the symbol size is constant but unknown, the character length that results in optimum source code performance can be found by search. For example, a sample of data can be taken, the assumed character size stepped from one to some maximum number of bits, and the information content estimated for each case; the ratio of information content to character size should be minimal for the best compression ratio to be achieved. The probability of occurence $P_j$ of each symbol $j$ is estimated and said number of bits per sequence n is varied so as to increase the information content

$$\sum_{j=1}^{2^n} P_j \log_2(1/P_j)$$

of the symbols.

An alternative approach is possible if a string encoding is used. A symbol size is selected arbitrarily, the assumption being that frequent strings of source symbols will not lose their identity when parsed into bit strings of different lengths. There are various points to consider when selecting the segment size (where a segment is an assumed symbol).

For a segment of length C, as there is no synchronisation between the position in the source bit stream of segments and of symbols, any regular string of symbols may coincide with any of the C bit positions in the segment. This implies that, for any frequent string of symbols, at least C variations of the string are possible, and hence short segments are likely to result in more economical use of the dictionary space.

As the encoded binary string length is proportional to the segment size, but the codeword length is proportional to the logarithm of the number of known strings, short segments will make less efficient use of the dictionary space than long segments. This is particularly relevant to the Ziv-Lempel algorithm, in which a large proportion of the memory space is devoted to pointers rather than symbol storage.

Accordingly, in a preferred method in accordance with the invention wherein the input data consists of a stream of binary digits (bits) representing characters, and the symbols stored in the search tree are each made up of sequences of binary digits (bits), the number of bits per sequence is selected by the processor (which may be in response to an external command signal from a user), the number of bits per symbol of the input data either being unknown or being different from the number of bits per sequence selected by the processor.

In a variant of this method the number of bits per sequence is initially varied and the resulting compression ratio between the input data and the output data is monitored before selecting the number of bits per sequence for the stored symbols of the search tree.

Thus it is possible to optimise the number of bits per sequence selected by the processor in order to maximise the compression ratio. However, other factors such as memory capacity or processing speed may affect the optimum number of bits per sequence to be selected by the processor.

The above described embodiments employ a method of deletion which is highly efficient in terms of memory

**15**

utilization and execution speed although it is slightly sub-optimal in terms of compression efficiency. The embodiments are formed from the two data structures used to build a dictionary, the systematic search tree structure used to represent strings and the systematic tabular representation of the dictionary used to store the elements of the search tree (as discussed by Sussenguth), the order in which elements of the search tree are stored being effectively random. The method approximates to the Random deletion strategy, in the sense that the selection of portions of the search tree to be deleted does not depend on the ordering of the selected portions within the tree, however it is not truly random as the algorithm for selecting candidates for deletion involves stepping through the tabular representation of the dictionary. This has some similarity with the CLOCK approximation, however it differs in that the selection of candidate elements for deletion made on the basis of position in the tabular representation is qualified by the position of the element within the search tree.

While the invention has been described in connection with what is presently considered to be the most practical and preferred embodiment, it is to be understood that the invention is not to be limited to the disclosed embodiment, but on the contrary, is intended to cover various modifications and equivalent arrangements included within the spirit and scope of the appended claims.

I claim:

1. A method of compressing input data comprising reading successive symbols of the data with a processor provided with a memory having indexed memory locations, generating from strings of symbols in the input data a dictionary in the form of a search tree of symbols in the memory, which search tree has paths representative of said strings, matching symbol strings in the input data with previously stored paths in the search tree and generating from the stored paths compressed output data corresponding to the input data, stored symbols in the search tree being linked to form said paths by linking pointers of two distinct types; a pointer of the first type between stored symbols indicating that those stored symbols are alternative possible symbols at a given position in an input symbol sequence and a pointer of the second type between stored symbols indicating that those stored symbols both occur, in order, in a possible input symbol sequence, determining when the memory is full, testing and deleting sequential indexed memory locations of the search tree if they contain a node of the search tree which does not have a linking pointer of the second type pointing to another node whereby the resulting freed memory locations are made available for new dictionary entries.

2. A method as claimed in claim 1 wherein all the indexed memory locations forming the dictionary are tested before the next symbol to be stored is stored in a freed memory location.

3. A method as claimed in claim 1 wherein those indexed memory locations which do not contain nodes of the search tree are linked by pointers to form a free list and nodes of the search tree are deleted by re-setting points to bypass the deleted nodes and connecting them to the free list, whereby the search tree is maintained as a connected whole.

4. A method as claimed in claim 1 wherein the input data consists of a stream of binary digits representing characters, and the symbols stored in the search tree are each made up of sequences of binary digits, and wherein

**16**

the number of bits per sequence is selected by the processor, the number of bits per character of the input data either being unknown or being different from the number of bits per sequence selected by the processor.

5. A method as claimed in claim 1 wherein each linking pointer of the second type points to a first stored symbol of an ordered list of alternative stored symbols of the search tree and successive stored symbols in said ordered list are connected by linking pointers of the first type which point to each succeeding stored symbol in said list.

6. A method as claimed in claim 5 wherein linking pointers of the first type are used to search through the list of alternative stored symbols to find a match for the most recently read input symbol and, if a match is found, to obtain the pointer of the second type, if present.

7. A method as claimed in claim 1 wherein each linking pointer of the second type points to any one of a list of alternative stored symbols of the search tree, the stored symbols in said list being connected to each other by pointers of the first type pointing in one direction and also by pointers of the first type pointing in the opposite direction so as to enable any stored symbol in the list to be accessed.

8. A method as claimed in claim 1 wherein, before the input data is processed, the memory is initially provided with stored symbols each of which corresponds to a sequence of symbols likely to occur in the input data, said initially provided stored symbols being stored as nodes in the search tree.

9. A method of compressing input data comprising reading successive symbols of the data with a processor provided with a memory having indexed memory locations, generating from strings of symbols in the input data a dictionary in the form of a search tree of symbols in the memory, which search tree has paths representative of said strings, matching symbol strings in the input data with previously stored paths in the search tree and generating from the stored paths compressed output data corresponding to the input data, stored symbols in the search tree being linked to form said paths by linking pointers of two distinct types; a pointer of the first type between stored symbols indicating that those stored symbols are alternative possible symbols at a given position in an input symbol sequence and a pointer of the second type between stored symbols indicating that those stored symbols both occur, in order, in a possible input symbol sequence, determining when the memory is full, testing and deleting sequential indexed memory locations of the search tree if they contain a node of the search tree which does not have a linking pointer of the second type pointing to another node whereby the resulting freed memory locations are made available for new dictionary entries modified by the proviso that recently created nodes of the search tree are protected against deletion.

10. A method of compressing input data comprising reading successive symbols of the data with a processor provided with a memory having indexed memory locations, generating from strings of symbols in the input data a dictionary in the form of a search tree of symbols in the memory, which search tree has paths representative of said strings, matching symbol strings in the input data with previously stored paths in the search tree and generating from the stored paths compressed output data corresponding to the input data, stored symbols in the search tree being linked to form said paths by link-

5,153,591

17

ing pointers of two distinct types; a pointer of the first type between stored symbols indicating that those stored symbols are alternative possible symbols at a given position in an input symbol sequence and a pointer of the second type between stored symbols indicating that those stored symbols both occur, in order, in a possible input symbol sequence, determining when the memory is full, testing and deleting sequential indexed memory locations of the search tree if they contain a node of the search tree which does not have a linking pointer of the second type pointing to another node whereby the resulting freed memory locations are made available for new dictionary entries wherein each node of the search tree is associated with a respective counter which is incremented each time the associated node is used, and the compressed output data comprises codewords whose lengths are related to the contents of the counters such that the shortest codewords represent the most frequently used nodes.

**11.** A method of compressing input data comprising reading successive symbols of the data with a processor provided with a memory having indexed memory locations, generating from strings of symbols in the input data a dictionary in the form of a search tree of symbols in the memory, which search tree has paths representative of said strings, matching symbol strings in the input data with previously stored paths in the search tree and generating from the stored paths compressed output data corresponding to the input data, stored symbols in the search tree being linked to form said paths by linking pointers of two distinct types; a pointer of the first type between stored symbols indicating that those stored symbols are alternative possible symbols at a given position in an input symbol sequence and a pointer of the second type between stored symbols indicating that those stored symbols both occur, in order, in a possible input symbol sequence, determining when the memory is full, testing and deleting sequential indexed memory locations of the search tree if they contain a node of the search tree which does not have a linking pointer of the second type pointing to another node whereby the resulting freed memory locations are made available for new dictionary entries wherein the nodes of the search tree are stored in order in the memory and the order in which they are stored is re-arranged by raising the ordinal value of a node after it has been used whereby rarely used nodes acquire a low ordinary value, and are deleted.

**12.** A method as claimed in claim 11 wherein the ordinal value of the used node is increased by one, and the ordinal value of the node immediately above the used node is decreased by one, whereby these two nodes exchange ordinal values.

**13.** A method as claimed in claim 11 wherein the ordinal value of the used node is increased to the maximum value, and the ordinal values of all the nodes above the used node are decreased by one.

**14.** A method as claimed in claim 11 wherein each node of the search tree has an associated length index and the compressed output data comprises codewords whose lengths are related to the length indices such that the shortest codewords represent nodes with highest ordinal values.

**15.** A method of compressing input data comprising reading successive symbols of the data with a processor provided with a memory having indexed memory locations, generating from strings of symbols in the input data a dictionary in the form of a search tree of symbols

18

in the memory, which search tree has paths representative of said strings, matching symbol strings in the input data with previously stored paths in the search tree and generating from the stored paths compressed output data corresponding to the input data, stored symbols in the search tree being linked to form said paths by linking pointers of two distinct types; a pointer of the first type between stored symbols indicating that those stored symbols are alternative possible symbols at a given position in an input symbol sequence and a pointer of the second type between stored symbols indicating that those stored symbols both occur, in order, in a possible input symbol sequence, determining when the memory is full, testing and deleting sequential indexed memory locations of the search tree if they contain a node of the search tree which does not have a linking pointer of the second type pointing to another node whereby the resulting freed memory locations are made available for new dictionary entries wherein the input data includes spaces between sequences of symbols and the process of generating a new stored path of the search tree is terminated when such a space is detected.

**16.** A method of compressing input data comprising reading successive symbols of the data with a processor provided with a memory having indexed memory locations, generating from strings of symbols in the input data a dictionary in the form of a search tree of symbols in the memory, which search tree has paths representative of said strings, matching symbol strings in the input data with previously stored paths in the search tree and generating from the stored paths compressed output data corresponding to the input data, stored symbols in the search tree being linked to form said paths by linking pointers of two distinct types; a pointer of the first type between stored symbols indicating that those stored symbols are alternative possible symbols at a given position in an input symbol sequence and a pointer of the second type between stored symbols indicating that those stored symbols both occur, in order, in a possible input symbol sequence, determining when the memory is full, testing and deleting sequential indexed memory locations of the search tree if they contain a node of the search tree which does not have a linking pointer of the second type pointing to another node whereby the resulting freed memory locations are made available for new dictionary entries wherein the input data consists of a stream of binary digits representing characters, and the symbols stored in the search tree are each made up of sequences of binary digits, and wherein the number of bits per sequence is selected by the processor, the number of bits per character of the input data either being unknown or being different from the number of bits per sequence selected by the processor and wherein the processor is arranged to perform the selection in response to an external command signal from a user.

**17.** A method of compressing input data comprising reading successive symbols of the data with a processor provided with a memory having indexed memory locations, generating from strings of symbols in the input data a dictionary in the form of a search tree of symbols in the memory, which search tree has paths representative of said strings, matching symbol strings in the input data with previously stored paths in the search tree and generating from the stored paths compressed output data corresponding to the input data, stored symbols in the search tree being linked to form said paths by link-

5,153,591

19

ing pointers of two distinct types; a pointer of the first type between stored symbols indicating that those stored symbols are alternative possible symbols at a given position in an input symbol sequence and a pointer of the second type between stored symbols 5 indicating that those stored symbols both occur, in order, in a possible input symbol sequence, determining when the memory is full, testing and deleting sequential indexed memory locations of the search tree if they contain a node of the search tree which does not have a 10 linking pointer of the second type pointing to another node whereby the resulting freed memory locations are made available for new dictionary entries wherein the input data consists of a stream of binary digits representing characters, and the symbols stored in the search tree 15 are each made up of sequences of binary digits, and wherein the number of bits per sequence is selected by the processor, the number of bits per character of the input data either being unknown or being different from the number of bits per sequence selected by the proces- 20 sor and wherein the number of bits per sequence is initially varied and the resulting compression ratio between the input data and the output data is measured, and the number of bits per sequence for the stored symbols of the search tree is selected on the basis of the 25 measured compression ratio.

18. A method of compressing input data comprising reading successive symbols of the data with a processor provided with a memory having indexed memory locations, generating from strings of symbols in the input 30 data a dictionary in the form of a search tree of symbols in the memory, which search tree has paths representative of said strings, matching symbol strings in the input data with previously stored paths in the search tree and generating from the stored paths compressed output 35 data corresponding to the input data, stored symbols in the search tree being linked to form said paths by linking pointers of two distinct types; a pointer of the first type between stored symbols indicating that those stored symbols are alternative possible symbols at a 40 given position in an input symbol sequence and a pointer of the second type between stored symbols indicating that those stored symbols both occur, in order, in a possible input symbol sequence, determining when the memory is full, testing and deleting sequential 45 indexed memory locations of the search tree if they contain a node of the search tree which does not have a linking pointer of the second type pointing to another node whereby the resulting freed memory locations are made available for new dictionary entries wherein the 50 dictionary is reinitialised in response to a command signal received, in use, from an associated decoder.

19. A method of compressing input data comprising reading successive symbols of the data with a processor provided with a memory having indexed memory loca- 55 tions, generating from strings of symbols in the input data a dictionary in the form of a search tree of symbols in the memory, which search tree has paths representative of said strings, matching symbol strings in the input data with previously stored paths in the search tree and 60 generating from the stored paths compressed output data corresponding to the input data, stored symbols in the search tree being linked to form said paths by linking pointers of two distinct types; a pointer of the first type between stored symbols indicating that those 65 stored symbols are alternative possible symbols at a given position in an input symbol sequence and a pointer of the second type between stored symbols

20

indicating that those stored symbols both occur, in order, in a possible input symbol sequence, determining when the memory is full, testing and deleting sequential indexed memory locations of the search tree if they contain a node of the search tree which does not have a linking pointer of the second type pointing to another node whereby the resulting freed memory locations are made available for new dictionary entries wherein, in use, a checksum for the dictionary is periodically calculated and a corresponding output signal generated.

20. A method of compressing input data comprising reading successive symbols of the data with a processor provided with a memory having indexed memory locations, generating from strings of symbols in the input data a dictionary in the form of a search tree of symbols in the memory, which search tree has paths representative of said strings, matching symbol strings in the input data with previously stored paths in the search tree and generating from the stored paths compressed output data corresponding to the input data, stored symbols in the search tree being linked to form said paths by linking pointers of two distinct types; a pointer of the first type between stored symbols indicating that those stored symbols are alternative possible symbols at a given position in an input symbol sequence and a pointer of the second type between stored symbols indicating that those stored symbols both occur, in order, in a possible input symbol sequence, determining when the memory is full, testing and deleting sequential indexed memory locations of the search tree if they contain a node of the search tree which does not have a linking pointer of the second type pointing to another node whereby the resulting freed memory locations are made available for new dictionary entries wherein the dictionary is retained for further use, and including performing a checksum calculation on the dictionary prior to any such further use, receiving a corresponding checksum from another such dictionary, comparing the checksums and reinitialising the dictionary if the checksums are not identical.

21. A method of storing data comprising compressing the data by a method comprising reading successive symbols of the data with a processor provided with a memory having indexed memory locations, generating from strings of symbols in the input data a dictionary in the form of a search tree of symbols in the memory, which search tree has paths representative of said strings, matching symbol strings in the input data with previously stored paths in the search tree and generating from the stored paths compressed output data corresponding to the input data, stored symbols in the search tree being linked to form said paths by linking pointers of two distinct types; a pointer of the first type between stored symbols indicating that those stored symbols are alternative possible symbols at a given position in an input symbol sequence and a pointer of the second type between stored symbols indicating that those stored symbols both occur, in order, in a possible input symbol sequence, determining when the memory is full, testing and deleting sequential indexed memory locations of the search tree if they contain a node of the search tree which does not have a linking pointer of the second type pointing to another node whereby the resulting freed memory locations are made available for new dictionary entries, and storing the compressed data in a mass storage medium.

22. A method of decoding compressed data which has been compressed by a method comprising reading

5,153,591

21

successive symbols of the data with a processor provided with a memory having indexed memory locations, generating from strings of symbols in the input data a dictionary in the form of a search tree of symbols in the memory, which search tree has paths representative of said strings, matching symbol strings in the input data with previously stored paths in the search tree and generating from the stored paths compressed output data corresponding to the input data, stored symbols in the search tree being linked to form said paths by linking pointers of two distinct types; a pointer of the first type between stored symbols indicating that those stored symbols are alternative possible symbols at a given position in an input symbol sequence and a pointer of the second type between stored symbols indicating that those stored symbols both occur, in order, in a possible input symbol sequence, determining when the memory is full, testing and deleting sequential indexed memory locations of the search tree if they contain a node of the search tree which does not have a linking pointer of the second type pointing to another node whereby the resulting freed memory locations are made available for new dictionary entries, reading successive characters of the compressed data with a processor provided with a memory, storing in the memory a dictionary in the form of a search tree of symbols which is built up from the compressed data, and utilising the search tree to translate the compressed data to decoded data, stored symbol in the search tree being linked by linking pointers of two distinct types; a point of the first type between stored symbols indicating that those symbols are associated with different decoded strings of symbols having the same number of symbols and the same prefix and are the respective last symbols of such different strings and a pointer of the second type between stored symbols indicating that those symbols are successive symbols in a string of decoded output symbols, determining when the memory is full, testing and deleting sequential indexed memory locations of the search tree if they contain a node of the search tree which does not have a linking pointer of the second type pointing to another node whereby the resulting freed memory locations are made available for new dictionary entries.

23. A method as claimed in claim 22 wherein all the indexed memory locations forming the dictionary are tested before the next symbol to be stored is stored in a freed memory location.

24. A method as claimed in claim 22 wherein those indexed memory locations which do not contain nodes of the search tree are linked by pointers to form a free list and nodes of the search tree are deleted by re-setting pointers to bypass the deleted nodes and connecting them to the free list, whereby the search tree is maintained as a connected whole.

25. A method as claimed in claim 22 wherein each linking pointer of the second type points to a first stored symbol of an ordered list of alternative stored symbols of the search tree and successive stored symbols in said ordered list are connected by linking pointers of the first type which point to each succeeding stored symbol in said list.

26. A method as claimed in claim 22 wherein each linking pointer of the second type points to any one of a list of alternative stored symbols of the search tree, the stored symbols in said list being connected to each other by pointers of the first type pointing in one direction and also by pointers of the first type pointing in the

22

opposite direction so as to enable any stored symbol in the list to be accessed.

27. A method of decoding compressed data which has been compressed by a method comprising reading successive symbols of the data with a processor provided with a memory having indexed memory locations, generating from strings of symbols in the input data a dictionary in the form of a search tree of symbols in the memory, which search tree has paths representative of said strings, matching symbol strings in the input data with previously stored paths in the search tree and generating from the stored paths compressed output data corresponding to the input data, stored symbols in the search tree being linked to form said paths by linking pointers of two distinct types; a pointer of the first type between stored symbols indicating that those stored symbols are alternative possible symbols at a given position in an input symbol sequence and a pointer of the second type between stored symbols indicating that those stored symbols both occur, in order, in a possible input symbol sequence, determining when the memory is full, testing and deleting sequential indexed memory locations of the search tree if they contain a node of the search tree which does not have a linking pointer of the second type pointing to another node whereby the resulting freed memory locations are made available for new dictionary entries comprising reading successive characters of the compressed data with a processor provided with a memory, storing in the memory a dictionary in the form of a search tree of symbols which is built up from the compressed data, and utilising the search tree to translate the compressed data to decoded data, stored symbol in the search tree being linked by linking pointers of two distinct types; a point of the first type between stored symbols indicating that those symbols are associated with different decoded strings of symbols having the same number of symbols and the same prefix and are the respective last symbols of such different strings and a pointer of the second type between stored symbols indicating that those symbols are successive symbols in a string of decoded output symbols, determining when the memory is full, testing and deleting sequential indexed memory locations of the search tree if they contain a node of the search tree which does not have a linking pointer of the second type pointing to another node whereby the resulting freed memory locations are made available for new dictionary entries modified by the proviso that recently created nodes of the search tree are protected against deletion.

28. A method of decoding compressed data which has been compressed by a method comprising reading successive symbols of the data with a processor provided with a memory having indexed memory locations, generating from strings of symbols in the input data a dictionary in the form of a search tree of symbols in the memory, which search tree has paths representative of said strings, matching symbol strings in the input data with previously stored paths in the search tree and generating from the stored paths compressed output data corresponding to the input data, stored symbols in the search tree being linked to form said paths by linking pointers of two distinct types; a pointer of the first type between stored symbols indicating that those stored symbols are alternative possible symbols at a given position in an input symbol sequence and a pointer of the second type between stored symbols indicating that those stored symbols both occur, in or-

5,153,591

23

der, in a possible input symbol sequence, determining when the memory is full, testing and deleting sequential indexed memory locations of the search tree if they contain a node of the search tree which does not have a linking pointer of the second type pointing to another node whereby the resulting freed memory locations are made available for new dictionary entries comprising reading successive characters of the compressed data with a processor provided with a memory, storing in the memory a dictionary in the form of a search tree of symbols which is built up from the compressed data, and utilising the search tree to translate the compressed data to decoded data, stored symbol in the search tree being linked by linking pointers of two distinct types; a point of the first type between stored symbols indicating that those symbols are associated with different decoded strings of symbols having the same number of symbols and the same prefix and are the respective last symbols of such different strings and a pointer of the second type between stored symbols indicating that those symbols are successive symbols in a string of decoded output symbols, determining when the memory is full, testing and deleting sequential indexed memory locations of the search tree if they contain a node of the search tree which does not have a linking pointer of the second type pointing to another node whereby the resulting freed memory locations are made available for new dictionary entries wherein each node of the search tree is associated with a respective counter which is incremented each time the associated node is used, the shortest codewords are allocated to the most frequently used nodes, and the compressed data to be decoded comprises codewords of which the shortest codewords represent the most frequently used nodes of the search tree of a corresponding encoder.

29. A method of decoding compressed data which has been compressed by a method comprising reading successive symbols of the data with a processor provided with a memory having indexed memory locations, generating from strings of symbols in the input data a dictionary in the form of a search tree of symbols in the memory, which search tree has paths representative of said strings, matching symbol strings in the input data with previously stored paths in the search tree and generating from the stored paths compressed output data corresponding to the input data, stored symbols in the search tree being linked to form said paths by linking pointers of two distinct types; a pointer of the first type between stored symbols indicating that those stored symbols are alternative possible symbols at a given position in an input symbol sequence and a pointer of the second type between stored symbols indicating that those stored symbols both occur, in order, in a possible input symbol sequence, determining when the memory is full, testing and deleting sequential indexed memory locations of the search tree if they contain a node of the search tree which does not have a linking pointer of the second type pointing to another node whereby the resulting freed memory locations are made available for new dictionary entries comprising reading successive characters of the compressed data with a processor provided with a memory, storing in the memory a dictionary in the form of a search tree of symbols which is built up from the compressed data, and utilising the search tree to translate the compressed data to decoded data, stored symbol in the search tree being linked by linking pointers of two distinct types; a point of the first type between stored symbols indicating

24

that those symbols are associated with different decoded strings of symbols having the same number of symbols and the same prefix and are the respective last symbols of such different strings and a pointer of the second type between stored symbols indicating that those symbols are successive symbols in a string of decoded output symbols, determining when the memory is full, testing and deleting sequential indexed memory locations of the search tree if they contain a node of the search tree which does not have a linking pointer of the second type pointing to another node whereby the resulting freed memory locations are made available for new dictionary entries wherein the nodes of the search tree are stored in order in the memory and the order in which they are stored is re-arranged by raising the ordinal value of a node after it has been used whereby rarely used nodes acquire a low ordinary value, and are deleted.

30. A method as claimed in claim 29 wherein each node of the search tree has an associated length index such that the shortest codewords represent nodes with the highest ordinal values and the compressed data to be decoded comprised codewords whose lengths are related to the length indices such that the shortest codewords represent highest ordinal value nodes of the search tree of a corresponding encoder.

31. A method as claimed in claim 29 wherein the ordinal value of the used node is increased by one, and the ordinal value of the node immediately above the used node is decreased by one, whereby these two nodes exchange ordinal values.

32. A method as claimed in claim 29 wherein the ordinal value of the used node is increased to the maximum value, and the ordinal values of all the nodes above the used code are decreased by one.

33. A method of decoding compressed data which has been compressed by a method comprising reading successive symbols of the data with a processor provided with a memory having indexed memory locations, generating from strings of symbols in the input data a dictionary in the form of a search tree of symbols in the memory, which search tree has paths representative of said strings, matching symbol strings in the input data with previously stored paths in the search tree and generating from the stored paths compressed output data corresponding to the input data, stored symbols in the search tree being linked to form said paths by linking pointers of two distinct types; a pointer of the first type between stored symbols indicating that those stored symbols are alternative possible symbols at a given position in an input symbol sequence and a pointer of the second type between stored symbols indicating that those stored symbols both occur, in order, in a possible input symbol sequence, determining when the memory is full, testing and deleting sequential indexed memory locations of the search tree if they contain a node of the search tree which does not have a linking pointer of the second type pointing to another node whereby the resulting freed memory locations are made available for new dictionary entries comprising reading successive characters of the compressed data with a processor provided with a memory, storing in the memory a dictionary in the form of a search tree of symbols which is built up from the compressed data, and utilising the search tree to translate the compressed data to decoded data, stored symbol in the search tree being linked by linking pointers of two distinct types; a point of the first type between stored symbols indicating

5,153,591

25

that those symbols are associated with different decoded strings of symbols having the same number of symbols and the same prefix and are the respective last symbols of such different strings and a pointer of the second type between stored symbols indicating that those symbols are successive symbols in a string of decoded output symbols, determining when the memory is full, testing and deleting sequential indexed memory locations of the search tree if they contain a node of the search tree which does not have a linking pointer of the second type pointing to another node whereby the resulting freed memory locations are made available for new dictionary entries including detecting when received compressed data corresponds to empty or free memory locations and generating a corresponding output signal.

34. A method of decoding compressed data which has been compressed by a method comprising reading successive symbols of the data with a processor provided with a memory having indexed memory locations, generating from strings of symbols in the input data a dictionary in the form of a search tree of symbols in the memory, which search tree has paths representative of said strings, matching symbol strings in the input data with previously stored paths in the search tree and generating from the stored paths compressed output data corresponding to the input data, stored symbols in the search tree being linked to form said paths by linking pointers of two distinct types; a pointer of the first type between stored symbols indicating that those stored symbols are alternative possible symbols at a given position in an input symbol sequence and a pointer of the second type between stored symbols indicating that those stored symbols both occur, in order, in a possible input symbol sequence, determining when the memory is full, testing and deleting sequential indexed memory locations of the search tree if they contain a node of the search tree which does not have a linking pointer of the second type pointing to another node whereby the resulting freed memory locations are made available for new dictionary entries comprising reading successive characters of the compressed data with a processor provided with a memory, storing in the memory a dictionary in the form of a search tree of symbols which is built up from the compressed data, and utilising the search tree to translate the compressed data to decoded data, stored symbol in the search tree being linked by linking pointers of two distinct types; a point of the first type between stored symbols indicating that those symbols are associated with different decoded strings of symbols having the same number of symbols and the same prefix and are the respective last symbols of such different strings and a pointer of the second type between stored symbols indicating that those symbols are successive symbols in a string of decoded output symbols, determining when the memory is full, testing and deleting sequential indexed memory locations of the search tree if they contain a node of the search tree which does not have a linking pointer of the second type pointing to another node whereby the resulting freed memory locations are made available for new dictionary entries wherein the dictionary is retained for further use, and including performing a checksum calculation on the dictionary prior to any such further use, receiving a corresponding checksum from another such dictionary, comparing the checksums and reinitialising the dictionary if the checksums are not identical.

26

35. A method of transmitting data comprising encoding the data by a method comprising reading successive symbols of the data with a processor provided with a memory having indexed memory locations, generating from strings of symbols in the input data a dictionary in the form of a search tree of symbols in the memory, which search tree has paths representative of said strings, matching symbol strings in the input data with previously stored paths in the search tree and generating from the stored paths compressed output data corresponding to the input data, stored symbols in the search tree being linked to form said paths by linking pointers of two distinct types; a pointer of the first type between stored symbols indicating that those stored symbols are alternative possible symbols at a given position in an input symbol sequence and a pointer of the second type between stored symbols indicating that those stored symbols both occur, in order, in a possible input symbol sequence, determining when the memory is full, testing and deleting sequential indexed memory locations of the search tree if they contain a node of the search tree which does not have a linking pointer of the second type pointing to another node whereby the resulting freed memory locations are made available for new dictionary entries, transmitting the resulting compressed data to a remote location, and decoding the compressed data by a corresponding method comprising reading successive symbols of the data with a processor provided with a memory having indexed memory locations, generating from strings of symbols in the input data a dictionary in the form of a search tree of symbols in the memory, which search tree has paths representative of said strings, matching symbol strings in the input data with previously stored paths in the search tree and generating from the stored paths compressed output data corresponding to the input data, stored symbols in the search tree being linked to form said paths by linking pointers of two distinct types; a pointer of the first type between stored symbols indicating that those stored symbols are alternative possible symbols at a given position in an input symbol sequence and a pointer of the second type between stored symbols indicating that those stored symbols both occur, in order, in a possible input symbol sequence, determining when the memory is full, testing and deleting sequential indexed memory locations of the search tree if they contain a node of the search tree which does not have a linking pointer of the second type pointing to another node whereby the resulting freed memory locations are made available for new dictionary entries comprising reading successive characters of the compressed data with a processor provided with a memory, storing in the memory a dictionary in the form of a search tree of symbols which is built up from the compressed data, and utilising the search tree to translate the compressed data to decoded data, stored symbol in the search tree being linked by linking pointers of two distinct types; a point of the first type between stored symbols indicating that those symbols are associated with different decoded strings of symbols having the same number of symbols and the same prefix and are the respective last symbols of such different strings and a pointer of the second type between stored symbols indicating that those symbols are successive symbols in a string of decoded output symbols, determining when the memory is full, testing and deleting sequential indexed memory locations of the search tree if they contain a node of the search tree which does not have a linking pointer of

5,153,591

**27**

the second type pointing to another node whereby the resulting freed memory locations are made available for new dictionary entries.

36. An encoder for compressing input data comprising a processor capable of receiving successive symbols of input data, a memory having indexed memory locations, means for storing in the memory a search tree of symbols which has paths representative of strings of symbols in the input data, and means for matching symbol strings in the input data with previously stored paths in the search tree and for generating from the stored paths compressed output data corresponding to the input data, stored symbols in the search tree being linked to form said paths by linking pointers of two distinct types; a pointer of the first type between stored symbols indicating that those stored symbols are alternative possible symbols at a given position in an input symbol sequence and a pointer of the second type between stored symbols indicating that those stored symbols both occur, in order, in a possible input symbol sequence said processor is arranged to determine when the memory is full, to test sequential indexed memory locations of the search tree, and to delete a memory location if it contains a node of the search tree which does not have a linking pointer of the second type pointing to another node so as to make the resulting freed memory locations available for new dictionary entries.

37. An encoder as claimed in claim 36 wherein the processor is further arranged to test all the indexed memory locations forming the dictionary before the next symbol to be stored is stored in a freed memory location.

38. An encoder as claimed in claim 36 wherein each linking pointer of the second type points to a first stored symbol of an ordered list of alternative stored symbols of the search tree and successive stored symbols in said ordered list are connected by linking pointers of the first type which point to each succeeding stored symbol in said list.

39. An encoder as claimed in claim 36 wherein the processor is arranged to link by pointers those indexed memory locations which do not contain nodes of the search tree to form a free list and to delete nodes of the search tree by re-setting pointers to bypass the deleted nodes and connecting them to a free list, whereby the search tree is maintained as a connected whole.

40. An encoder as claimed in claim 36 for encoding input data consisting of a stream of binary digits representing characters, wherein the symbols stored in the search tree are each made up of sequences of binary digits, and wherein the processor is arranged to select the number of bits per sequence such as to be different from the number of bits per character of the input data, if known.

41. An encoder as claimed in claim 40 wherein the number of bits per sequence selected by the processor is initially varied and the resulting compression ratio between the input data and the output data is measured, and the number of bits per sequence for the stored symbols of the search tree is selected on the basis of the measured compression ratio.

42. An encoder as claimed in claim 36 wherein each linking pointer of the second type points to any one of a list of alternative stored symbols of the search tree, the stored symbols in said list being connected to each other by pointers of the first type pointing in one direction and also by pointers of the first type pointing in the

**28**

opposite direction so as to enable any stored symbol in the list to be accessed.

43. An encoder for compressing input data comprising a processor capable of receiving successive symbols of input data, a memory having indexed memory locations, means for storing in the memory a search tree of symbols which has paths representative of strings of symbols in the input data, and means for matching symbol strings in the input data with previously stored paths in the search tree and for generating from the stored paths compressed output data corresponding to the input data, stored symbols in the search tree being linked to form said paths by linking pointers of two distinct types; a pointer of the first type between stored symbols indicating that those stored symbols are alternative possible symbols at a given position in an input symbol sequence and a pointer of the second type between stored symbols indicating that those stored symbols both occur, in order, in a possible input symbol sequence said processor is arranged to determine when the memory is full, to test sequential indexed memory locations of the search tree, and to delete a memory location if it contains a node of the search tree which does not have a linking pointer of the second type pointing to another node so as to make the resulting freed memory locations available for new dictionary entries and wherein the process is arranged to protect recently created nodes of the search tree against deletion.

44. An encoder for compressing input data comprising a processor capable of receiving successive symbols of input data, a memory having indexed memory locations, means for storing in the memory a search tree of symbols which has paths representative of strings of symbols in the input data, and means for matching symbol strings in the input data with previously stored paths in the search tree and for generating from the stored paths compressed output data corresponding to the input data, stored symbols in the search tree being linked to form said paths by linking pointers of two distinct types; a pointer of the first type between stored symbols indicating that those stored symbols are alternative possible symbols at a given position in an input symbol sequence and a pointer of the second type between stored symbols indicating that those stored symbols both occur, in order, in a possible input symbol sequence said processor is arranged to determine when the memory is full, to test sequential indexed memory locations of the search tree, and to delete a memory location if it contains a node of the search tree which does not have a linking pointer of the second type pointing to another node so as to make the resulting freed memory locations available for new dictionary entries and wherein each node of the search tree is associated with a respective counter which is incremented each time the associated node is used, and the processor is arranged to provide compressed output data comprising codewords whose lengths are related to the contents of the counters such that the shortest codewords represent the most frequently used nodes.

45. An encoder for compressing input data comprising a processor capable of receiving successive symbols of input data, a memory having indexed memory locations, means for storing in the memory a search tree of symbols which has paths representative of strings of symbols in the input data, and means for matching symbol strings in the input data with previously stored paths in the search tree and for generating from the stored paths compressed output data corresponding to the

5,153,591

**29**

input data, stored symbols in the search tree being linked to form said paths by linking pointers of two distinct types; a pointer of the first type between stored symbols indicating that those stored symbols are alternative possible symbols at a given position in an input symbol sequence and a pointer of the second type between stored symbols indicating that those stored symbols both occur, in order, in a possible input symbol sequence said processor is arranged to determine when the memory is full, to test sequential indexed memory locations of the search tree, and to delete a memory location if it contains a node of the search tree which does not have a linking pointer of the second type pointing to another node so as to make the resulting freed memory locations available for new dictionary entries and wherein the nodes of the search tree are stored in order in the memory and the processor is arranged to re-arrange the order in which they are stored by raising the ordinal value of a node after it has been used whereby rarely used nodes acquire a low ordinal value, and to delete nodes having the lowest ordinal values.

**46.** An encoder as claimed in claim 45 wherein the ordinal value of the used node is increased by one, and the ordinal value of the node immediately above the used node is decreased by one, whereby these two nodes exchange ordinal values.

**47.** An encoder as claimed in claim 45 wherein the ordinal value of the used node is increased to the maximum value, and the ordinal values of all the nodes above the used node are decreased by one.

**48.** An encoder as claimed in claims 45, 46 or 47 wherein each node of the search tree has an associated length index and the processor is arranged to provide compressed output data comprising codewords whose lengths are related to the length indices such that the shortest codewords represent nodes with the highest ordinal values.

**49.** An encoder for compressing input data comprising a processor capable of receiving successive symbols of input data, a memory having indexed memory locations, means for storing in the memory a search tree of symbols which has paths representative of strings of symbols in the input data, and means for matching symbol strings in the input data with previously stored paths in the search tree and for generating from the stored paths compressed output data corresponding to the input data, stored symbols in the search tree being linked to form said paths by linking pointers of two distinct types; a pointer of the first type between stored symbols indicating that those stored symbols are alternative possible symbols at a given position in an input symbol sequence and a pointer of the second type between stored symbols indicating that those stored symbols both occur, in order, in a possible input symbol sequence said processor is arranged to determine when the memory is full, to test sequential indexed memory locations of the search tree, and to delete a memory location if it contains a node of the search tree which does not have a linking pointer of the second type pointing to another node so as to make the resulting freed memory locations available for new dictionary entries and for encoding input data including spaces between sequences of symbols and wherein the processor is arranged to terminate the process of generating a new stored path of the search tree when such a space is detected.

**50.** An encoder for compressing input data comprising a processor capable of receiving successive symbols

**30**

of input data, a memory having indexed memory locations, means for storing in the memory a search tree of symbols which has paths representative of strings of symbols in the input data, and means for matching symbol strings in the input data with previously stored paths in the search tree and for generating from the stored paths compressed output data corresponding to the input data, stored symbols in the search tree being linked to form said paths by linking pointers of two distinct types; a pointer of the first type between stored symbols indicating that those stored symbols are alternative possible symbols at a given position in an input symbol sequence and a pointer of the second type between stored symbols indicating that those stored symbols both occur, in order, in a possible input symbol sequence said processor is arranged to determine when the memory is full, to test sequential indexed memory locations of the search tree, and to delete a memory location if it contains a node of the search tree which does not have a linking pointer of the second type pointing to another node so as to make the resulting freed memory locations available for new dictionary entries and wherein the input data is of a stream of binary digits representing characters, wherein the symbols stored in the search tree are each made up of sequences of binary digits, and wherein the processor is arranged to select the number of bits per sequence such as to be different from the number of bits per character of the input data, if known and wherein the processor is arranged to perform the selection in response to an external command signal from a user.

**51.** An encoder for compressing input data comprising a processor capable of receiving successive symbols of input data, a memory having indexed memory locations, means for storing in the memory a search tree of symbols which has paths representative of strings of symbols in the input data, and means for matching symbol strings in the input data with previously stored paths in the search tree and for generating from the stored paths compressed output data corresponding to the input data, stored symbols in the search tree being linked to form said paths by linking pointers of two distinct types; a pointer of the first type between stored symbols indicating that those stored symbols are alternative possible symbols at a given position in an input symbol sequence and a pointer of the second type between stored symbols indicating that those stored symbols both occur, in order, in a possible input symbol sequence said processor is arranged to determine when the memory is full, to test sequential indexed memory locations of the search tree, and to delete a memory location if it contains a node of the search tree which does not have a linking pointer of the second type pointing to another node so as to make the resulting freed memory locations available for new dictionary entries and wherein, in use, the processor is responsive to a command signal received from an associated decoder to reinitialise its dictionary.

**52.** An encoder for compressing input data comprising a processor capable of receiving successive symbols of input data, a memory having indexed memory locations, means for storing in the memory a search tree of symbols which has paths representative of strings of symbols in the input data, and means for matching symbol strings in the input data with previously stored paths in the search tree and for generating from the stored paths compressed output data corresponding to the input data, stored symbols in the search tree being

5,153,591

**31**

linked to form said paths by linking pointers of two distinct types; a pointer of the first type between stored symbols indicating that those stored symbols are alternative possible symbols at a given position in an input symbol sequence and a pointer of the second type between stored symbols indicating that those stored symbols both occur, in order, in a possible input symbol sequence said processor is arranged to determine when the memory is full, to test sequential indexed memory locations of the search tree, and to delete a memory location if it contains a node of the search tree which does not have a linking pointer of the second type pointing to another node so as to make the resulting freed memory locations available for new dictionary entries and wherein, in use, the processor periodically calculates a checksum for the dictionary and generates a corresponding output signal.

**53.** An encoder for compressing input data comprising a processor capable of receiving successive symbols of input data, a memory having indexed memory locations, means for storing in the memory a search tree of symbols which has paths representative of strings of symbols in the input data, and means for matching symbol strings in the input data with previously stored paths in the search tree and for generating from the stored paths compressed output data corresponding to the input data, stored symbols in the search tree being linked to form said paths by linking pointers of two distinct types; a pointer of the first type between stored symbols indicating that those stored symbols are alternative possible symbols at a given position in an input symbol sequence and a pointer of the second type between stored symbols indicating that those stored symbols both occur, in order, in a possible input symbol sequence said processor is arranged to determine when the memory is full, to test sequential indexed memory locations of the search tree, and to delete a memory location if it contains a node of the search tree which does not have a linking pointer of the second type pointing to another node so as to make the resulting freed memory locations available for new dictionary entries and wherein the dictionary is retained for further use and the processor is arranged to perform a checksum calculation on the dictionary prior to any such further use and to generate a corresponding output signal, to compare this checksum with a corresponding checksum received, in use, from an associated decoder, and to reinitialise the dictionary to an initial state if the checksums are not identical.

**54.** A decoder for decoding compressed data comprising a processor capable of receiving successive symbols of compressed data, a memory having indexed memory locations and means for storing in the memory a dictionary in the form of a search tree of symbols, the processor being arranged to build up the search tree from the compressed data and to utilise the search tree to translate the compressed data to decoded data, stored symbols in the search tree being linked by linking pointers of two distinct types; a pointer of the first type between stored symbols indicating that those symbols are associated with different decoded strings of symbols having the same number of symbols and are the respective last symbols of such different strings and a pointer of the second type between stored symbols indicating that those symbols are successive symbols in a string of decoded output symbols said processor is arranged to determine when the memory is full, to test sequential indexed memory locations of the search tree, and to

**32**

delete a memory location if it contains a node of the search tree which does not have a linking pointer of the second type pointing to another node so as to make the resulting freed memory locations available for new dictionary entries.

**55.** A decoder as claimed in claim 54 wherein in use, each linking pointer of the second type points to a first stored symbol of an ordered list of alternative stored symbols of the search tree and successive stored symbols in said ordered list are connected by linking pointers of the first type which point to each succeeding stored symbol in said list.

**56.** A decoder as claimed in claim 54 wherein in use, each linking pointer of the second type points to any one of a list of alternative stored symbols of the search tree, the stored symbols in said list being connected to each other by pointers of the first type pointing in one direction and also by pointers of the first type pointing in the opposite direction so as to enable any stored symbol in the list to be accessed.

**57.** A decoder as claimed in claim 54 wherein the processor is further arranged to test all the indexed memory locations forming the dictionary before the next symbol to be stored is stored in a freed memory location.

**58.** A decoder as claimed in claim 54 wherein the processor is arranged to link by pointers those indexed memory locations which do not contain nodes of the search tree link by pointers to form a free list and to delete nodes of the search tree by re-setting pointers to bypass the deleted nodes and connecting them to the free list, whereby the search tree is maintained as a connected whole.

**59.** A decoder for decoding compressed data comprising a processor capable of receiving successive symbols of compressed data, a memory having indexed memory locations and means for storing in the memory a dictionary in the form of a search tree of symbols, the processor being arranged to build up the search tree from the compressed data and to utilise the search tree to translate the compressed data to decoded data, stored symbols in the search tree being linked by linking pointers of two distinct types; a pointer of the first type between stored symbols indicating that those symbols are associated with different decoded strings of symbols having the same number of symbols and are the respective last symbols of such different strings and a pointer of the second type between stored symbols indicating that those symbols are successive symbols in a string of decoded output symbols said processor is arranged to determine when the memory is full, to test sequential indexed memory locations of the search tree, and to delete a memory location if it contains a node of the search tree which does not have a linking pointer of the second type pointing to another node so as to make the resulting freed memory locations available for new dictionary entries and wherein the processor is arranged to protect recently created nodes of the search tree against deletion.

**60.** A decoder for decoding compressed data comprising a processor capable of receiving successive symbols of compressed data, a memory having indexed memory locations and means for storing in the memory a dictionary in the form of a search tree of symbols, the processor being arranged to build up the search tree from the compressed data and to utilise the search tree to translate the compressed data to decoded data, stored symbols in the search tree being linked by linking point-

5,153,591

33

ers of two distinct types; a pointer of the first type between stored symbols indicating that those symbols are associated with different decoded strings of symbols having the same number of symbols and are the respective last symbols of such different strings and a pointer of the second type between stored symbols indicating that those symbols are successive symbols in a string of decoded output symbols said processor is arranged to determine when the memory is full, to test sequential indexed memory locations of the search tree, and to delete a memory location if it contains a node of the search tree which does not have a linking pointer of the second type pointing to another node so as to make the resulting freed memory locations available for new dictionary entries and wherein each node of the search tree is associated with a respective counter which is incremented each time the associated node is used, and the processor is arranged to provide compressed output data comprising codewords whose lengths are related to the contents of the counters such that the shortest codewords represent the most frequently used nodes.

61. A decoder for decoding compressed data comprising a processor capable of receiving successive symbols of compressed data, a memory having indexed memory locations and means for storing in the memory a dictionary in the form of a search tree of symbols, the processor being arranged to build up the search tree from the compressed data and to utilise the search tree to translate the compressed data to decoded data, stored symbols in the search tree being linked by linking pointers of two distinct types; a pointer of the first type between stored symbols indicating that those symbols are associated with different decoded strings of symbols having the same number of symbols and are the respective last symbols of such different strings and a pointer of the second type between stored symbols indicating that those symbols are successive symbols in a string of decoded output symbols said processor is arranged to determine when the memory is full, to test sequential indexed memory locations of the search tree, and to delete a memory location if it contains a node of the search tree which does not have a linking pointer of the second type pointing to another node so as to make the resulting freed memory locations available for new dictionary entries and wherein the nodes of the search tree are stored in order in the memory and the processor is arranged to re-arrange the order in which they are stored by raising the ordinal value of a node after it has been used whereby rarely used nodes acquire a low ordinal value, and to delete nodes having the lowest ordinal value.

62. A decoder as claimed in claim 61 wherein the ordinal value of the used node is increased by one, and the ordinal value of the node immediately above the used node is decreased by one, whereby these two nodes exchange ordinal values.

63. A decoder as claimed in claim 61 wherein the ordinal value of the used node is increased to the maximum value, and the ordinal values of all the nodes above the used node are decreased by one.

64. A decoder as claimed in claim 61 wherein each node of the search tree has an associated length index and the processor is arranged to provide compressed output data comprising codewords whose lengths are related to the length indices such that the shortest codewords represent nodes with the highest ordinal values.

34

65. A decoder for decoding compressed data comprising a processor capable of receiving successive symbols of compressed data, a memory having indexed memory locations and means for storing in the memory a dictionary in the form of a search tree of symbols, the processor being arranged to build up the search tree from the compressed data and to utilise the search tree to translate the compressed data to decoded data, stored symbols in the search tree being linked by linking pointers of two distinct types; a pointer of the first type between stored symbols indicating that those symbols are associated with different decoded strings of symbols having the same number of symbols and are the respective last symbols of such different strings and a pointer of the second type between stored symbols indicating that those symbols are successive symbols in a string of decoded output symbols said processor is arranged to determine when the memory is full, to test sequential indexed memory locations of the search tree, and to delete a memory location if it contains a node of the search tree which does not have a linking pointer of the second type pointing to another node so as to make the resulting freed memory locations available for new dictionary entries and wherein, in use, the processor is arranged to detect when received compressed data corresponds to empty or free memory locations and to generate a corresponding output signal for transmission to an associated encoder.

66. A decoder for decoding compressed data comprising a processor capable of receiving successive symbols of compressed data, a memory having indexed memory locations and means for storing in the memory a dictionary in the form of a search tree of symbols, the processor being arranged to build up the search tree from the compressed data and to utilise the search tree to translate the compressed data to decoded data, stored symbols in the search tree being linked by linking pointers of two distinct types; a pointer of the first type between stored symbols indicating that those symbols are associated with different decoded strings of symbols having the same number of symbols and are the respective last symbols of such different strings and a pointer of the second type between stored symbols indicating that those symbols are successive symbols in a string of decoded output symbols said processor is arranged to determine when the memory is full, to test sequential indexed memory locations of the search tree, and to delete a memory location if it contains a node of the search tree which does not have a linking pointer of the second type pointing to another node so as to make the resulting freed memory locations available for new dictionary entries and wherein the dictionary is retained for further use and the processor is arranged to perform a checksum calculation on the dictionary prior to any such further use and to generate a corresponding output signal for transmission to an associated encoder, to compare this checksum with a corresponding checksum received, in use, from said encoder, and to reinitialise the dictionary if the checksums are not identical.

67. Data processing apparatus comprising an encoder comprising a processor capable of receiving successive symbols of input data, a memory having indexed memory locations, means for storing in the memory a search tree of symbols which has paths representative of strings of symbols in the input data, and means for matching symbol strings in the input data with previously stored paths in the search tree and for generating from the stored paths compressed output data corre-

5,153,591

**35**

sponding to the input data, stored symbols in the search tree being linked to form said paths by linking pointers of two distinct types; a pointer of the first type between stored symbols indicating that those stored symbols are alternative possible symbols at a given position in an input symbol sequence and a pointer of the second type between stored symbols indicating that those stored symbols both occur, in order, in a possible input symbol sequence said processor is arranged to determine when the memory is full, to test sequential indexed memory locations of the search tree, and to delete a memory location if it contains a node of the search tree which does not have a linking pointer of the second type pointing to another node so as to make the resulting freed memory locations available for new dictionary entries, a corresponding decoder comprising a processor capable of receiving successive symbols of compressed data, a memory having indexed memory locations and means for storing in the memory a dictionary in the form of a search tree of symbols, the processor being arranged to build up the search tree from the compressed data and to utilise the search tree to translate the compressed data to decoded data, stored symbols in the search tree being linked by linking pointers of two distinct types; a pointer of the first type between stored symbols indicating that those symbols are associated with different decoded strings of symbols having the same number of symbols and are the respective last symbols of such different strings and a pointer of the second type between stored symbols indicating that those symbols are successive symbols in a string of decoded output symbols said processor is arranged to determine when the memory is full, to test sequential indexed memory locations of the search tree, and to delete a memory location if it contains a node of the search tree which does not have a linking pointer of the second type pointing to another node so as to make the resulting freed memory locations available for new dictionary entries and a data link for transmitting the compressed data between the encoder and decoder.

**68.** Data processing apparatus comprising an encoder comprising a processor capable of receiving successive symbols of input data, a memory having indexed memory locations, means for storing in the memory a search tree of symbols which has paths representative of

**36**

strings of symbols in the input data, and means for matching symbol strings in the input data with previously stored paths in the search tree and for generating from the stored paths compressed output data corresponding to the input data, stored symbols in the search tree being linked to form said paths by linking pointers of two distinct types; a pointer of the first type between stored symbols indicating that those stored symbols are alternative possible symbols at a given position in an input symbol sequence and a pointer of the second type between stored symbols indicating that those stored symbols both occur, in order, in a possible input symbol sequence said processor is arranged to determine when the memory is full, to test sequential indexed memory locations of the search tree, and to delete a memory location if it contains a node of the search tree which does not have a linking pointer of the second type pointing to another node so as to make the resulting freed memory locations available for new dictionary entries, a corresponding decoder comprising a processor capable of receiving successive symbols of compressed data, a memory having indexed memory locations and means for storing in the memory a dictionary in the form of a search tree of symbols, the processor being arranged to build up the search tree from the compressed data and to utilise the search tree to translate the compressed data to decoded data, stored symbols in the search tree being linked by linking pointers of two distinct types; a pointer of the first type between stored symbols indicating that those symbols are associated with different decoded strings of symbols having the same number of symbols and are the respective last symbols of such different strings and a pointer of the second type between stored symbols indicating that those symbols are successive symbols in a string of decoded output symbols said processor is arranged to determine when the memory is full, to test sequential indexed memory locations of the search tree, and to delete a memory location if it contains a node of the search tree which does not have a linking pointer of the second type pointing to another node so as to make the resulting freed memory locations available for new dictionary entries and a mass storage medium accessible by the encoder and decoder.

\* \* \* \* \*

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**FILED**

**I. (a) PLAINTIFFS**
CONEXANT SYSTEMS, INC.

**DEFENDANTS**
BRITISH TELECOMMUNICATIONS, PLC; BT GROUP, PLC

2007 MAR 28 PM 4: 38

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

**(b)** County of Residence of First Listed Plaintiff  Orange County
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  United Kingdom
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Anthony M. Stiegler (126414)
COOLEY GODWARD KRONISH LLP
4401 Eastgate Mall
San Diego, California 92121
(858) 550-6000

Attorneys (If Known)

'07 CV 0573     JAH WMc

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 362 Personal Injury— Med. Malpractice | [ ] 620 Other Food & Drug | [ ] 423 Withdrawal 28 USC 157 | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 365 Personal Injury— Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881 | | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 630 Liquor Laws | **PROPERTY RIGHTS** | [ ] 450 Commerce |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | | [ ] 640 R.R. & Truck | [ ] 820 Copyrights | [ ] 460 Deportation |
| [ ] 151 Medicare Act | [ ] 340 Marine | **PERSONAL PROPERTY** | [ ] 650 Airline Regs. | [X] 830 Patent | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | [ ] 345 Marine Product Liability | [ ] 370 Other Fraud | [ ] 660 Occupational Safety/Health | [ ] 840 Trademark | [ ] 480 Consumer Credit |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 371 Truth in Lending | [ ] 690 Other | **SOCIAL SECURITY** | [ ] 490 Cable/Sat TV |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 380 Other Personal Property Damage | **LABOR** | [ ] 861 HIA (1395ff) | [ ] 810 Selective Service |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 385 Property Damage Product Liability | [ ] 710 Fair Labor Standards Act | [ ] 862 Black Lung (923) | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 195 Contract Product Liability | | | [ ] 720 Labor/Mgmt. Relations | [ ] 863 DIWC/DIWW (405(g)) | [ ] 875 Customer Challenge 12 USC 3410 |
| [ ] 196 Franchise | | | [ ] 730 Labor/Mgmt. Reporting & Disclosure Act | [ ] 864 SSID Title XVI | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | [ ] 865 RSI (405(g)) | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 441 Voting | [ ] 510 Motion to Vacate Sentence | [ ] 740 Railway Labor Act | **FEDERAL TAX SUITS** | [ ] 892 Economic Stabilization Act |
| [ ] 220 Foreclosure | [ ] 442 Employment | **Habeas Corpus:** | [ ] 790 Other Labor Litigation | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 893 Environmental Matters |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/ Accommodations | [ ] 530 General | [ ] 791 Empl. Ret. Inc. Security Act | [ ] 871 IRS - Third Party 26 USC 7609 | [ ] 894 Energy Allocation Act |
| [ ] 240 Torts to Land | [ ] 444 Welfare | [ ] 535 Death Penalty | | | [ ] 895 Freedom of Information Act |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities-Employment | [ ] 540 Mandamus & Other | | | [ ] 900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities-Other | [ ] 550 Civil Rights | | | [ ] 950 Constitutionality of State Statutes |
| | [ ] 440 Other Civil Rights | [ ] 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity): 28 U.S.C. Section 2201 and 2202

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: [X] YES  [ ] NO

## VIII. RELATED CASE(S) IF ANY
(See instructions):  JUDGE _____ DOCKET NUMBER _____

DATE
March 28, 2007

SIGNATURE OF ATTORNEY OF RECORD

**ORIGINAL**

FOR OFFICE USE ONLY

RECEIPT # 130541   AMOUNT #350   APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

ser 3/28/07

JS 44 Reverse (Rev. 11/04)

### INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS-44
#### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I. (a) Plaintiffs - Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b)  County of Residence. For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c)  Attorneys. Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II. Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff.  (1)  Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

United States defendant. (2)  When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship.  (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked.  (See Section III below; federal question actions take precedence over diversity cases.)

**III. Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV. Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

**V.   Origin.** Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2)   Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4)  Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

**VI. Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.**         Example:        U.S. Civil Statute: <u>47 USC 553</u>
                                                                                       Brief Description: <u>Unauthorized reception of cable service</u>

**VII. Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand.  In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII. Related Cases.** This section of the JS 44 is used to reference relating pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

UNITED STATES
DISTRICT COURT
Southern District of California
San Diego Division

# 136541 - A2
March 28, 2007

| Code | Case # | Qty | Amount |
|------|--------|-----|--------|
| CV086900 | 3-07-CV-0573 | | 60.00 CH |
| Judge | - HOUSTON | | |
| CV096400 | | | 100.00 CH |
| CV510000 | | | 190.00 CH |

Total-> 350.00

FROM: CIVIL FILING
      CONEXANT SYSTEMS INC V.BRITISH
      TELECOMMUNICATIONS
      CCH 4186  SH